# EXHIBIT 'E'

# Crawl Space Door Systems



## Delivering innovative Flood and Air products to protect your health and Crawlspace with the best products in the market.

Crawl Space Door Systems has engineered, designed, manufactured and patented a unique selection of crawl space doors, air vents, flood vents, fans and vent covers.

These patented products are designed to either allow maximum crawl space ventilation, flood protection or to encapsulate the crawl space. Our patented FEMA compliant flood vents are certified by an engineer to meet FEMA's Technical Bulletin 1 – 2008 requirements.

Our products are engineered as a solution for each unique home or building's ventilation, encapsulation or flood protection issues/concerns. This technology is unparalleled by industry standards.



*Crawlspace Doors & Vents; Crawlspace Louvers/Screens; Engineered FEMA Flood Vents*


**VENTILATION**


**FLOOD PROTECTION**


**ENCAPSULATION**

3700 Shore Drive, Suite 101, Virginia Beach, VA 23455 | 757.363.0005 | 1.800.230.9598

*Founded on great products, principles and customer service.*

## www.crawlspacedoors.com