# EXHIBIT 'F'

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25, and 50

**United States Patent and Trademark Office**

Reg. No. 2,464,134
Registered June 26, 2001

## TRADEMARK
### PRINCIPAL REGISTER

### SMART VENT

MONTGOMERY, MARTIN J. (UNITED STATES CITIZEN)
461 OLD AVALON BOULEVARD
AVALON, NJ 08202

FOR: METAL FLOOD CONTROL VENT FOR CONSTRUCTION WHICH OPERATES BY PRESSURE OR TEMPERATURE, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 2-15-2000; IN COMMERCE 2-15-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VENT", APART FROM THE MARK AS SHOWN.

SN 75-415,711, FILED 1-9-1998.

JULIE WATSON, EXAMINING ATTORNEY