IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMART VENT PRODUCTS, INC., <br> Plaintiff, <br> v. | CIVIL ACTION <br> 1:13-cv-05691 |
| CRAWL SPACE DOOR SYSTEM, INC., d/b/a <br> CRAWL SPACE DOOR SYSTEMS, INC. <br> Defendant. | Hon. Jerome B. Simandle <br> Hon. Karen M. Williams |
| CRAWL SPACE DOOR SYSTEM, INC. d/b/a <br> CRAWL SPACE DOOR SYSTEMS, INC. <br> Counterclaim-Plaintiff, <br> v. <br> SMART VENT PRODUCTS, INC. <br> Counterclaim-Defendant. | |

## SUBSTITUTION OF COUNSEL

The undersigned hereby consent to the substitution of the firm of White and Williams LLP, LibertyView 457 Haddonfield Road, Suite 400, Cherry Hill, NJ 08002-2220, in the place and stead of Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-0926 and its attorneys, as attorneys for Defendant/Counterclaim Plaintiff Crawl Space Door System, Inc. d/b/a Crawl Space Door Systems, Inc. in the above-captioned matter.

RIVKIN RADLER LLP

BY: _____
John Robertelli, Esq.
21 Main Street, Suite 158
Court Plaza South, West Wing
Hackensack, NJ 07601
201-287-2460
John.robertelli@rivkin.com
and
Stephen J. Smirti, Jr. Esq.
926 RXR Plaza
Uniondale, NY 11556
516-357-3000
Steve.smirti@rivkin.om

WHITE AND WILLIAMS LLP

BY: _____
Michael N. Onufrak, Esq.
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
215.864.7174
Onufrakm@whiteandwilliams.com

10/20/2015

CRAWL SPACE DOOR SYSTEM, INC. d/b/a
CRAWL SPACE DOOR SYSTEMS, INC.

BY: *William Sykes* (signature)

William Sykes
President
Crawl Space Door System, Inc. d/b/a
Crawl Space Door Systems, Inc.
3700 Shore Drive #101
Virginia Beach, VA 23455
757-363-0005

Dated: October 19, 2015

SO ORDERED: *(signature)* October 24, 2015

Hon. Karen M. Williams

-2-