IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SMART VENT PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRAWL SPACE DOOR SYSTEM, INC., <br><br> Defendant. | Civil No. 13-5691-JBS-KMW |

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **May 31, 2016;** and the Court noting the following appearances: **Anthony J. DiMarino, III, Esquire**, and **Emmett S. Collazo, Esquire**, both appearing on behalf of the plaintiff; and **Siobhan K. Cole, Esquire**, and **Michael N. Onufrak, Esquire,** both appearing on behalf of the defendant; and for good cause shown:

IT IS this **1st** day of **June**, **2016**, hereby **ORDERED**:

1. **The deadline for plaintiff to depose defendant's Expert Accountant shall be determined depending upon the outcome of the pending and anticipated motions.**

2. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc: Hon. Jerome B. Simandle