```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| SMART VENT PRODUCTS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CRAWL SPACE DOOR SYSTEM, INC.,<br><br>        Defendant. | Civil No. 13-5691-JBS-KMW |

### AMENDED SCHEDULING ORDER

       This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **March 1, 2017;** and the Court noting the following appearances: **Anthony J. DiMarino, III, Esquire**, and **Emmett S. Collazo, Esquire**, appearing on behalf of the plaintiff; and **Sean P. Mahoney, Esquire**, appearing on behalf of the defendant; and for good cause shown:

       IT IS this **1st** day of **March**, **2017**, hereby **ORDERED**:

     1. **Plaintiff is hereby granted leave to serve subpoenas upon the ICC-ES and Intertek for relevant discovery.**

                                       s/ Karen M. Williams
                                       KAREN M. WILLIAMS
                                       United States Magistrate Judge

cc:  Hon. Jerome B. Simandle