**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SMART VENT PRODUCTS, INC., | CIVIL ACTION |
| Plaintiff, | 1:13-CV-05691-JHR-KMW |
| v. | |
| CRAWL SPACE DOOR SYSTEM INC., d/b/a CRAWL SPACE DOOR SYSTEMS, INC. | |
| Defendant. | |

**ORDER**

AND NOW this ____ day of _____, 2019, upon consideration of Defendant's Motion for Extraordinary and Emergency Relief Compelling the Production of Documents, it is hereby ORDERED that said Motion is GRANTED.

IT IS HEREBY ORDERED THAT:

Plaintiff shall produce any and all documents, including videos and communications, related to the testing of Defendant's flood vents on or before Saturday, October 19, 2019 at 5:00 p.m.

BY THE COURT:

_____

, J.

Dated:

23608121v.1