# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMART VENT PRODUCTS, INC., | CIVIL ACTION NO.: |
| Plaintiff, | 1:13-cv-05691-JHR-KMW |
| v. | |
| CRAWL SPACE DOOR SYSTEM INC., d/b/a CRAWL SPACE DOOR SYSTEMS, INC. | Return Date:  TBD |
| Defendant. | ELECTRONICALLY FILED |

## NOTICE OF CROSS-MOTION TO ADMIT EVIDENCE AND FOR CURATIVE JURY INSTRUCTION

PLEASE TAKE NOTICE that Plaintiff, Smart Vent Products, Inc. ("Smart Vent"), by and through its undersigned counsel, will move before the Honorable Joseph H. Rodriguez, U.S.D.J., for an Order to admit evidence and for a curative jury instruction.

In support of this motion, Smart Vent will rely upon the attached a Memorandum of Law, a Proposed Order, and a Declarations of Thomas Little and Brian Shaw, and Exhibits.

Oral argument is respectfully requested.

Dated: October 19, 2019                    Respectfully submitted,

/s/ Anthony J. DiMarino, III
Anthony J. DiMarino, III

1