# Exhibit A

| | |
|---|---|
| **From:** | Shawn P. Huston |
| **To:** | Emmett Collazo |
| **Cc:** | Mike Fitzpatrick; Jay DiMarino; Sandi Doner |
| **Subject:** | RE: AJ DiMarino Proposal |
| **Date:** | Sunday, August 10, 2014 12:51:17 PM |
| **Attachments:** | image001.png |

Emmett,

I just wanted to confirm that we are still on for this Wednesday. If they prefer, I can be there early for later to try and reduce the intrusion on their day-to-day activity.

Also, is it possible to find out exactly what version of Apple Mac computer the marketing person is using? Some versions of Macs have proprietary connections so I want to make sure we're prepared for the specific machine. If not, we'll still be prepared to handle whatever we encounter, but having the information up front can save some time.

Best regards,
Shawn Huston



Practical E-Discovery Solutions

t:   267.521.1776
m:  215.300.3404
twitter: @LSPinfo
shawn@legalsupportpartners.com
www.legalsupportpartners.com

---

**From:** Emmett Collazo [mailto:collazo@dimarinolaw.com]
**Sent:** Tuesday, July 29, 2014 1:27 PM
**To:** Shawn P. Huston
**Cc:** Mike Fitzpatrick; Jay DiMarino; Sandi Doner
**Subject:** Re: AJ DiMarino Proposal

August 13th, please.


On Jul 29, 2014, at 12:36 PM, "Shawn P. Huston" <shawn@legalsupportpartners.com> wrote:

> I can also do the 13th, 18th and 19th of those dates in August.
>
>
> Best regards,
> Shawn Huston
> Legal Support Partners
> www.legalsupportpartners.com
> 267-521-1776