# Exhibit C

| | |
|---|---|
| **From:** | Emmett Collazo |
| **To:** | Shawn P. Huston |
| **Cc:** | Jay DiMarino; Sandi Doner |
| **Subject:** | FW: SV v CSD - financial summary documents for SV |
| **Date:** | Wednesday, June 10, 2015 1:31:07 PM |

Hi Shawn-

See below. I gave the other side internal document numbers rather than the bates numbers.

I need to translate the internal, global document numbers in my email below, into bates numbers of what was produced.

Can you tell me if there's an efficient way to do that in Viewpoint? For example, when I click "production image" or "production text" nothing shows up.

Thanks!
Emmett

---

**From:** Michael Cannata [mailto:Michael.Cannata@rivkin.com]
**Sent:** Wednesday, June 10, 2015 12:41 PM
**To:** Emmett Collazo; Steve Smirti
**Cc:** Jay DiMarino; Sandi Doner
**Subject:** RE: SV v CSD - financial summary documents for SV

Thanks Emmett - -

To date, we received three productions from Smart Vent. The combined Bates range for all three of the productions is SV-0000001 through SV-0036958 and the numbers below do not fall within that range. Can you please confirm that we have all the Smart vent documents and whether the below numbers are accurate.

Mike



**Michael C. Cannata**
926 RXR Plaza, Uniondale, NY 11556-0926
D 516.357.3233  T 516.357.3000  F 516.357.3333
michael.cannata@rivkin.com

   Please do not print this email unless it is necessary.

**From:** Emmett Collazo [mailto:collazo@dimarinolaw.com]
**Sent:** Wednesday, June 10, 2015 11:16 AM
**To:** Steve Smirti; Michael Cannata
**Cc:** Jay DiMarino; Sandi Doner
**Subject:** SV v CSD - financial summary documents for SV

Steve and Mike –

Regarding the financial documents, please see the following bates-numbered documents, all designated AEO in the production.

- 374317
- 374367
- 374387
- 374433
- 374450
- 374453
- 374459
- 374462
- 374465
- 374469
- 374477-482

The above documents include, for example, profit and loss summaries by year and by month, and summaries by product. We have also provided tax returns from 2006 through 2014.

If additional information is required, we are available to discuss.

Emmett

**Emmett S. Collazo**
**A.J. DiMarino, P.C.**
41 Grove Street
Haddonfield, NJ  08033

(856) 888-1203
(856) 853-2866 (fax)
www.dimarinolaw.com

The information contained in this e-mail message, together with any attachments thereto, is intended only for the personal and confidential use of the addressee[s] named above. The message and the attachments are or may be an attorney-client or other privileged or protected communication. If you are not the intended recipient of this message, or authorized to receive it for the intended recipient, you have received this message in error. You are not to review, use, disseminate, distribute or copy this message, any attachments thereto, or their contents. If you have received this message in error, please immediately notify us by return e-mail message, and delete

the original message. This notice is included in all e-mail messages leaving our firm. Thank you for your cooperation.

IRS Circular 230 DISCLOSURE:

Notice regarding federal tax matters: Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (1) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (2) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.

NOTICE: This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message.
See: http://www.rivkinradler.com/email-disclaimer.cfm for further information on confidentiality.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com