# Exhibit D

# File - Information Sheet

**Document Type:** Multimedia
**Slipsheet Reason:** FileIdFilter

**Additional Information:**
**Auto-Slipsheeted by FileID "MPEG-4 Video MP4"**

SV-0034740