# Exhibit F

```
 1                UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF NEW JERSEY
 3     ------------------------------
       SMART VENT PRODUCTS, INC.,    :Civil Action No.
 4                                   :1:13-cv-05691
              Plaintiffs,            :
 5     vs.                           :
                                     :
 6     CRAWL SPACE DOOR SYSTEM, INC. :
       D/B/A CRAWL SPACE DOOR        :
 7     SYSTEMS, INC.,                :
                                     :
 8           Defendant.              :
       ------------------------------
 9                      - - -
                   JANUARY 29, 2016
10                      - - -
11
12           Transcript of the deposition of THOMAS
13     S. LITTLE, JR., called for Oral Examination in
14     the above-captioned matter, said deposition
15     taken by and before MARGARET M. REIHL, A
16     Registered Professional Reporter, Certified
17     Shorthand Reporter and Notary Public, at the
18     offices of WHITE & WILLIAMS LLP, 457
19     Haddonfield Road, Suite 400, Liberty View,
20     Cherry Hill, New Jersey, commencing at 11:17
21     a.m., there being present:
22
23              GOLKOW TECHNOLOGIES, INC.
                877.370.3377 ph/917.591.5672 fax
24                    deps@golkow.com
25
```

```
 1   going on in the industry.
 2   Q.      So when is the first time you researched Crawl
 3   Space Door Systems in this regard?
 4   A.      I would say right around the time that they
 5   first started advertising that they now had an
 6   engineered vent.  Engineered is a word, up until they
 7   came out with that photocopy certification, which was
 8   reserved for something that mechanically operated to
 9   reveal an unobstructed opening, which was required to
10   be ICC certified to be compliant.
11           So it was probably a search tied to engineered.
12   I would say it was right around the time of 2009 when
13   they first released their certification that their vent
14   was good for 200 square feet of coverage, and had I
15   think they said 95 square inches of net open area and
16   128 square inches if it was used as a nonengineered
17   opening.  All of those calculations are incredibly
18   wrong, and so when I saw 200, that immediately struck
19   me as, you know, what the heck is going on.  Our vent
20   covers 200 square foot, has since day one, based off of
21   performance testing.
22           And prior to that, I was able to see that they
23   were selling that same now engineered vent as an air
24   vent, no different, on their website, clear as day.  So
25   they had the same product as an engineered vent, and
```

| | | |
|---|---|---|
| 1 | Q. | Are the Flood Flaps and the Flood Solutions |
| 2 | products, are they engineered or nonengineered? | |
| 3 | A. | Flood Flaps is a engineered, mechanically |
| 4 | operated flood vent.  Flood Solutions had their | |
| 5 | calculations certified that they were correct.  They | |
| 6 | never went through performance testing.  Their | |
| 7 | calculations are associated with nonengineered | |
| 8 | openings, .20 is the coefficient of discharge that's | |
| 9 | used to -- you know, that they used in their | |
| 10 | calculations that got certified by the ICC, which is | |
| 11 | referenced in ASCE 24 '98, '05 and '14.  .20 is the | |
| 12 | coefficient of discharge associated with nonengineered | |
| 13 | openings per ASCE 24-05. | |
| 14 | Q. | What is the coverage of Flood Solutions |
| 15 | product? | |
| 16 | A. | I don't know. |
| 17 | Q. | Do you know the coverage of Flood Flaps? |
| 18 | A. | Not off the top of my head. |
| 19 | Q. | So do you believe the Flood Solutions' model |
| 20 | that's been certified by ICC-ES and the Flood Flaps' | |
| 21 | model that's been certified by ICC-ES comply with the | |
| 22 | TB1 and can be sold legally? | |
| 23 | A. | Yes. |
| 24 | Q. | Yes.  Other than those two, are there any other |
| 25 | flood vents that, in your opinion, can be sold legally? | |

 1   defines as the nonengineered opening to meet the flood

 2   venting regulations, one square inch of net open area

 3   for every one square foot.

 4   BY MR. ONUFRAK:

 5   Q.      But you believe your vent is an engineered

 6   opening, correct?

 7   A.      Our vent is an engineered opening.

 8   Q.      Because you have the ICC-ES report, right?

 9   A.      Because we have an ICC evaluation report and

10   FEMA recognizes an ICC evaluation report.  That's what

11   they want for mass produced flood vents, so, yes.

12   Q.      So your vents are sold properly to the public,

13   including this designer, like Ms. Riegle for 200 square

14   feet of coverage, which is more than your here -- the

15   one to one ratio here, correct?

16   A.      Yes.

17   Q.      And you've earned that because you have the

18   ICC-ES certification, right?

19   A.      We haven't -- we've proven that our vent can

20   cover 200 square foot, and the ICC evaluation report

21   has checks and balances.  They review the technical

22   reports.  They review performance testing, so, yeah, we

23   can sell our vent at 200 square foot, and it's

24   recognized by FEMA.

25   Q.      Now, despite that, isn't it often the case that

**WORD INDEX**

**< : >**
:1:13-cv-05691 1:4
:Civil 1:3

**< 0 >**
0015897 3:22
0018132 4:12
0018636 3:13
0029242 4:10
0030744 4:14
0030748 4:16
0031958 4:6
0032890 4:18
0033508 3:18
0035850 3:11
02 3:19
05 39:11
08033 2:4

**< 1 >**
1 3:8, 15, 21 7:17, 19 22:7 23:3 55:19
1,500 47:24 48:23 50:9
10 22:10
10,000 53:19
100 14:9 32:3 43:8
11 3:12, 21 4:18 8:9 35:14
11:17 1:20
11:50 27:9
11:53 27:10
12 32:11
12:22 46:10
12:50 46:11
12:56 50:14
128 9:16
13 3:15 4:9, 14 32:11 40:23
14 3:11 5:15 20:9, 10 32:11 39:11
15 3:13
16 5:25
1650 2:9
17 3:8
18 3:10 14:14 70:20
1800 2:9
19 3:12 4:14, 16 15:5, 7
19103 2:10

**< 2 >**
2 3:21 45:20
2:39 50:15
20 3:14 22:11, 14 39:8, 11
200 9:14, 18, 20 42:13, 20, 23
2003 37:12
2004 5:20 6:7 37:12
2005 6:17
2008 7:17, 19 8:12 10:2, 3 37:16, 17
2009 3:15 9:12 10:2, 3 23:12 31:1, 20
2010 58:20
2011 15:3 41:5 44:22
2012 58:20
2013 4:16 14:19 23:24 33:20 67:8 70:20
2014 4:6, 18 58:4, 5 63:22
2015 3:19, 20 4:3 37:8
2016 1:9 48:24 79:12
21 3:15 23:25 24:2 33:25 34:9
215 2:10
22 3:15, 19 36:3 37:7
23 3:21 41:8, 10
24 3:18 4:1 39:11
24-05 39:13
24th 14:19
25 56:21
250 54:1
29 1:9 4:9
29238 66:17
29239 65:8, 10

**< 3 >**
3 36:12
3:21 76:4
3:25 76:5
3:27 76:9
30 4:3
30741 70:18
30742 70:3
31942 61:16
31946 61:23
36 3:20

**< 4 >**
4 4:14, 16 32:9
40 4:1
400 1:19
41 2:4 3:22 4:3 50:23
42 4:5 59:21 63:15 64:3
43 4:6 63:25
44 4:9 65:6
45 4:11 68:25
457 1:18
46 4:12 69:23
47 4:14 74:7
48 4:16 75:4

**< 5 >**
5 3:4 4:6, 9 20:3
50 4:4
59 4:6 58:17

**< 6 >**
6 3:15 4:3, 6 23:12
624 37:13
63 4:8
65 4:10
68 4:12
69 4:14

**< 7 >**
7 3:12, 12 4:18 15:3 48:24
702 51:7
74 4:16
75 4:18

**< 8 >**
8 3:15 12:3 23:24
853-0055 2:5
856 2:5
864-7000 2:10
877.370.3377 1:23
8th 33:20

**< 9 >**
9 19:22
917.591.5672 1:23
95 9:15
98 39:11

**< A >**
A.J 2:3
a.m 1:21 27:9, 10
able 9:22 16:24 52:15 54:22
above-captioned 1:14
Absolutely 10:8 14:2 16:19 18:10 21:10, 13 45:15 55:18 73:21
abstracts 54:9
accept 43:2 68:5
accepted 35:18 40:12 44:14 68:10
accepting 62:11
access 54:12
accounting 40:20
accurate 28:24 36:23 50:25 58:1 77:6
ACKNOWLEDGMENT 79:1
acquainted 8:15, 16
act 57:11
Action 1:3 75:14 77:12, 15
active 23:4, 8
activity 57:25
actual 20:6
ad 16:24 17:21 19:6 71:20
additional 13:22 16:24
administrating 46:6
ads 8:24
advertise 52:5
advertising 9:5 60:3
adWords 16:16, 22
affiliated 13:20 17:12, 22 21:1
affiliation 13:21
AFSPM 46:5
agency 57:4, 7
agent 44:5
agents 54:18
ago 18:25 46:23 74:23
agree 38:5 73:8
agreed 28:12, 12 37:3
agreement 25:5
ahead 7:15

Thomas S. Little, Jr.

**AIA**  52:*14*, *14*, *16*  53:*1*, *13*, *24*
**air**  9:*23*  10:*1*  40:*14*  71:*20*
**Alexander**  65:*12*, *12*, *20*  67:*1*, *11*  68:*2*, *14*, *16*
**alleged**  20:*22*
**allow**  40:*13*
**allowed**  19:*11*  53:*24*
**Alzuro**  27:*24*  28:*2*
**American**  52:*15*
**amount**  69:*15*
**analysis**  18:*3*
**analytics**  16:*9*
**Anderson**  57:*9*
**answer**  21:*9*  27:*5*  32:*11*, *22*  35:*3*  61:*4*  72:*8*  73:*15*
**answers**  20:*3*  32:*7*, *8*  79:*5*
**ANTHONY**  2:*3*  3:*17*
**anybody**  21:*11*
**anybody's**  57:*22*
**apparently**  10:*25*
**appeared**  32:*13*
**appears**  8:*13*  14:*18*  22:*23*  70:*10*
**applications**  53:*4*, *7*, *9*
**applies**  54:*24*
**apply**  43:*12*
**approach**  30:*21*  70:*25*
**appropriate**  12:*11*
**approval**  30:*12*  48:*16*, *18*, *20*  50:*8*  54:*19*

**approvals**  54:*17*
**approve**  47:*4*  69:*6*
**approved**  28:*4*  37:*25*  45:*2*  52:*14*, *18*, *20*, *21*, *22*  53:*1*  54:*15*, *22*
**approximately**  31:*1*
**April**  70:*20*
**architect**  52:*17*  55:*14*
**architects**  17:*9*  52:*3*  53:*14*  54:*14*  55:*10*  60:*24*
**architectural**  17:*7*  53:*3*
**Architecture**  52:*15*
**area**  9:*15*  29:*3*  40:*6*, *19*, *20*  41:*21*  42:*2*  70:*23*
**areas**  50:*12*
**argumentative**  71:*15*
**arrives**  40:*22*
**article**  53:*22*
**ASCE**  39:*11*, *13*
**asked**  13:*11*  20:*13*  26:*24*  31:*13*  46:*16*  58:*13*  66:*6*, *22*  74:*24*
**asking**  19:*3*  21:*9*  34:*8*  44:*22*
**asks**  20:*4*
**aspects**  55:*12*
**associated**  12:*17*  13:*1*  17:*21*  39:*7*, *12*
**Associates**  61:*18*
**Associate's**  5:*14*, *17*  6:*6*, *9*, *10*

**attached**  79:*8*
**attachments**  4:*9*
**attempt**  65:*21*
**attend**  52:*6*, *7*
**attended**  7:*22*
**attention**  19:*21*  20:*2*  32:*10*  68:*19*
**attorney**  11:*13*  23:*20*, *20*  77:*11*, *13*
**attorney-client**  32:*21*
**attorneys**  13:*22*  33:*19*  34:*23*
**audience**  54:*2*
**audio**  50:*16*
**audit**  75:*19*
**audits**  44:*8*
**authorize**  47:*2*
**automatically**  40:*12*
**available**  35:*20*  43:*15*  54:*8*, *10*
**average**  21:*20*
**aware**  11:*4*, *14*  13:*17*  31:*19*  32:*2*  47:*13*  58:*24*  65:*20*  67:*1*, *8*

**< B >**
**Bachelor's**  5:*15*
**back**  22:*6*  33:*14*  34:*16*, *19*  38:*11*  50:*12*  62:*16*  66:*5*, *8*
**background**  5:*13*  60:*20*  63:*1*
**backing**  58:*19*
**backwards**  24:*8*, *17*
**balances**  42:*21*

**barracudas**  67:*11*
**based**  9:*20*  26:*9*, *25*  44:*23*  46:*3*  59:*3*  60:*18*
**basically**  74:*16*
**basis**  60:*25*  66:*21*
**beginning**  31:*19*  62:*16*  73:*14*
**behalf**  57:*3*, *11*
**belief**  43:*8*
**believe**  10:*18*  17:*2*  21:*20*  23:*22*  25:*5*, *13*  30:*3*  31:*4*  37:*2*  39:*19*  41:*6*  42:*5*  47:*15*  59:*14*  69:*21*  76:*6*
**benefits**  17:*10*
**best**  22:*17*  30:*24*  35:*19*  38:*7*, *19*  53:*10*  70:*22*, *23*, *25*  71:*3*
**better**  21:*7*  37:*11*
**Beware**  47:*5*
**Bill**  68:*8*
**billboard**  75:*13*, *15*, *16*
**billboards**  75:*23*
**Bill's**  66:*4*  67:*7*
**Billy**  8:*15*
**biweekly**  48:*7*
**black**  32:*4*
**blast**  47:*20*
**blessing**  69:*11*
**blog**  11:*20*  12:*8*, *8*, *9*, *17*
**Bob**  28:*12*
**bogus**  71:*20*, *23*  72:*5*, *6*, *12*, *16*  73:*9*, *20*
**bogus,**  73:*11*

**bold**  71:*7*
**book**  62:*22*
**bottom**  41:*17*  61:*17*  68:*4*  71:*18*
**bought**  25:*4*
**bound**  60:*13*
**brand**  13:*23*  18:*11*, *12*  19:*13*
**break**  27:*8*  46:*8*  76:*1*
**breathes**  21:*22*
**Brian**  28:*6*  34:*14*  69:*10*  75:*6*
**bridged**  28:*19*
**Brief**  27:*9*  69:*14*  76:*4*
**Bright**  4:*11*  68:*22*  70:*1*, *5*  71:*3*  73:*23*
**bring**  7:*1*  25:*15*
**bringing**  6:*20*  67:*17*
**brought**  67:*15*, *21*
**Bryan**  15:*10*
**buckled**  46:*18*
**buckling**  26:*1*, *4*
**budgeted**  19:*12*
**build**  52:*5*
**building**  5:*24*, *24*  6:*20*  12:*14*  17:*8*  43:*1*, *11*, *18*, *23*  44:*5*, *7*  45:*3*, *8*  51:*21*
**built**  60:*6*
**Bulletin**  7:*17*, *19*  55:*19*
**business**  8:*22*  14:*24*
**button**  10:*22*
**buy**  10:*1*

**< C >**
**calculations**  9:*17*  36:*24*

Thomas S. Little, Jr.

37:5  39:5, 7,
10  62:2  72:10
**California**
41:12
**call**  13:8
70:24
**called**  1:13
15:16  21:4
63:5
**calls**  44:21
52:6  63:2
**Camelot**  69:13
**camera**  28:11
**campaign**
19:10  75:13,
15, 16
**campaigns**
15:15
**capital**  71:7
**capture**  13:24
**cardboard**
58:16, 19, 24
**care**  27:7
55:14
**Carolina**  11:2
13:10  68:3
**Carter**  46:23
47:25  48:19
**Carter's**  48:18
**case**  11:13
13:6  30:18
42:25  47:18
49:13  50:20
51:1, 6  59:6, 9
68:14
**cases**  40:11, 18
**casualty**  56:18
**category**  41:7
**cause**  34:10
51:24  64:17
**caused**  31:8
34:13
**cavity**  28:20
**CE**  52:18, 18
54:15, 23  63:1
**cease**  23:19,
23  33:18, 25
**certain**  40:11
48:16

**Certainly**  7:12
19:10  23:13
62:22
**certificate**
10:23  44:3, 4
63:5, 12  75:20
**certificates**
7:21  10:14
75:18
**certification**
9:7, 13  38:15
42:18  43:9
65:22  71:20
72:20, 22, 25
**Certifications**
4:6  11:1, 19
36:25  38:10
59:19  61:24
64:5  66:2
72:6, 10  73:9,
19
**Certified**  1:16
9:10  21:21
35:19  39:5, 10,
20, 21  40:9
45:22  77:3, 4,
4
**certify**  77:5,
10  79:4
**cetera**  20:6
75:10
**chance**  21:11,
13
**change**  7:10
78:4
**changes**  64:10
79:7
**channels**  44:11
**charge**  6:18
7:3, 4
**charts**  16:11
**checks**  42:21
**Cherry**  1:20
**chief**  44:7
**choose**  53:2
**ck**  50:16
**claim**  36:25
49:14
**claims**  37:24
**clarify**  7:13
**clear**  9:24

**click**  8:24
10:22  12:19
13:3, 14  15:14
19:3, 10
**clicks**  15:22
**close**  8:9
53:19
**closed**  40:15
**closely**  41:15
**CLR**  77:18
**code**  41:18
54:16  55:5
62:19, 22  63:3
**codes**  12:14
**coefficient**
39:8, 12
**coincidence**
34:22, 25  35:6,
9
**COLE**  2:8
59:7
**coles@whitean
dwilliams.com**
2:11
**College**  5:18
6:4
**come**  19:2
**comes**  44:8
**coming**  59:4
**commencing**
1:20
**comment**
37:20
**commented**
45:11
**comments**
26:10
**commercial**
53:7
**commission**
79:12
**communicating**
41:7
**communication
s**  40:24  69:13
**Community**
5:18  44:9
**companies**
38:4, 8  57:22
60:3  61:20

**company**  7:1,
7  12:19  15:16,
19, 23  18:14
19:2  30:25
37:22, 24, 25
53:12, 18  54:5
57:11, 16  61:5
**company's**
30:15  35:21
**comparing**
21:6
**compete**  38:24
**competition**
10:6
**competitor**
68:8  71:19, 23
72:2
**competitors**
49:20, 22
**complain**
30:10
**complained**
31:17  69:17
**complete**  44:2
**completely**
71:14
**compliance**
43:9  44:13
**compliant**  9:10
**comply**  39:21
**component**
43:25
**components**
44:1
**Computer**  3:10
**concern**  17:19
**concerned**
17:17
**concerning**
40:25
**concluded**  76:9
**concur**  11:8,
11
**conduct**  52:8
55:4, 16, 17
**conducted**
52:10
**conference**
58:6  67:15, 20
**conferences**

52:7
**confirm**  7:18
**confirmed**  37:6
**confuse**  21:12
**confused**
13:19  20:18
21:19
**confusion**
19:22  20:4, 11,
21  49:15
**confusion,**  20:6
**congratulated**
73:22
**congratulating**
73:25  74:2, 12
**connected**  68:3
**connection**
68:5
**conscious**
51:24
**considering**
55:14
**consisted**  16:8
**consists**  6:19
**construction**
6:22  44:4, 10
53:6  54:21, 23
55:6  60:23, 24
62:8
**consultant**
45:18
**consulting**
11:18
**consumer**
12:24
**consumers**
16:25  17:3
**contact**  30:25
31:2
**contacted**
13:10, 21
20:25  67:1
**context**  25:6
**continuing**
52:18  53:13
54:16
**contractors**
40:24  54:24
55:7
**contrary**  41:22

| | | | | |
|---|---|---|---|---|
| conversation 43:15 | counterclaim 31:25 | crawlspacedoors.com 16:17 | Defendants 2:12 | despite 25:19 42:25 43:8 44:13 |
| conversations 32:20 | country 46:4 | credit 54:23 | define 72:16 | details 62:23 |
| Cooke 61:18 | County 5:18 | credits 5:15 | defines 42:1 | determine 13:23 53:3 |
| Cooke-Bucko 49:24 50:2 65:18 | couple 13:19 68:17 | criteria 43:13 | definitely 8:25 | develop 16:21 |
| | course 52:24 53:2, 5, 8, 9 56:9 | cross-outs 69:12 | definition 71:4 73:11 | developed 16:23 |
| coordinator 13:10 46:4 | | CRR 77:18 | degree 5:14, 17 6:9, 10 | developing 6:18 |
| coordinators 46:6 | courses 52:14, 21, 22, 25 53:1, 13, 16, 20, 22, 23 54:3, 10 55:16, 18 58:7 | CSR 77:19 | Delaware 65:13 | dial 16:15 |
| copied 65:1 | | curious 66:10 | deliver 52:24 | difference 55:20 |
| copies 10:17 38:10 | | current 75:19 | demanded 34:23 | different 9:24 43:12 53:13 54:25 55:1 58:8 63:7 66:24 |
| copy 10:22 23:23 59:10 69:25 | COURT 1:1 5:11 66:8 | currently 20:5 67:14 | demanding 34:1 | |
| | cover 8:3, 4, 6, 7 40:14 42:20 50:12 | curriculum 54:8 55:2, 9 | customers 40:24 60:15, 16 62:4, 9 | |
| Copyright 3:19 | | | deny 68:13 | |
| corner 14:18 | coverage 9:14 29:3 36:11, 14, 15 39:14, 17 40:5 42:14 45:2 | cut 27:15 | DEP 44:9 60:1, 8 | diligently 16:15 |
| correct 5:7 7:8 10:7, 11, 15 11:25 17:18 18:1, 2 21:8 23:17 25:22 26:8 28:17 29:18 30:2 31:10 36:5, 23 37:6 38:13, 17, 21 39:5 40:5, 9 41:15, 23 42:6, 15 48:21 50:9 53:15 61:21 62:13 64:15 70:9, 13 75:12 79:5 | | < D > | depending 19:11 43:2 | DiMARINO 2:3, 3 3:17 19:23 20:19 22:17 23:24 24:6, 10 25:12, 23 26:16 27:4, 8, 11 29:7, 19 31:12 32:18, 19 33:3, 19, 22 34:6 35:2, 7 41:24 43:4, 21 44:16 49:9 51:2, 6 56:10 65:23 66:5, 10, 14, 20 70:14 71:15 72:7, 13, 23 73:6, 10 74:14, 22 |
| | | daily 60:25 | depends 53:20 | |
| | | damage 25:21 26:6, 11, 22 29:12, 23 30:1 46:18 | depicted 8:3, 4 | |
| | covered 55:24 | | depicting 31:21 | |
| | covers 9:20 | date 3:8 4:1 14:19, 19 35:11 37:11 77:8 79:12 | DEPONENT 79:1 | |
| | CRAWL 1:6, 6 2:12, 12 3:10 4:4 8:18 9:2 10:13, 20 12:7 13:5, 11, 20 14:3, 5, 6 15:1 17:25 18:16 20:18, 22 21:7 23:20 25:8, 15, 20 26:14 31:7, 20, 24 32:6 33:19 34:23 36:15, 18 40:25 46:17, 19 47:5 48:10, 13 49:7 56:6 58:16, 18 59:1 61:18, 24 62:4, 11 65:21 68:8 72:3, 5, 9, 25 73:9, 19 75:23 | | deposition 1:12, 14 3:7, 8 4:1 5:9 14:14 15:7 19:24 22:14 24:2 27:10 36:3 41:10 46:11 50:15, 23 59:21 63:25 65:6 68:25 69:23 74:7 75:4 76:5, 9 | |
| | | dated 3:12, 15, 21 4:3, 6, 9, 12, 16, 16 23:24 | | |
| | | dates 7:12 | | |
| | | David 64:25 65:1 | | |
| | | day 9:20, 24 61:21 73:1 79:12 | | direct 20:2 32:10 |
| corrected 70:21 | | days 18:25 46:23 | deps@golkow.com 1:24 | directing 19:21 68:12 |
| corrections 79:7 | | dealers 64:15 | design 8:13 15:17 52:4 55:15 | direction 27:13 |
| | | dealing 12:13 41:18 60:23 | | directly 52:3 |
| | | December 6:7 58:4, 4 | designated 12:2, 3 21:24 45:10 50:25 | director 7:7 |
| correspondence 67:7 | | | | disabled 23:15, 16 |
| Council 55:5 | | decide 53:10 | | |
| Council's 54:16 | | decision 34:2 43:17, 20 | designer 42:13 | disagree 36:22 |
| Counsel 2:6, 12 51:4 77:12, 14 | Crawlspace 62:1 75:10 | deemed 40:16 | desist 23:19, 23 33:18 34:1 | discharge 39:8, 12 |
| | | Defendant 1:8 | | |

| | | | | |
|---|---|---|---|---|
| discourage 62:*10* | 8:*18*  9:*3*  10:*13*, *20*  14:*6*  25:*9*  32:*6*  56:*6*  59:*1*  62:*1* | 56:*7*, *8*  57:*25*  62:*14* | engineering 10:*14* | 50:*23*  59:*21*  63:*15*, *25*  64:*3*  65:*6*  68:*25*  69:*23*  74:*7*  75:*4* |
| discover 10:*13*  13:*5* | | effort 51:*24* | engineers 11:*1*  52:*4*  61:*25*  66:*2* | |
| discretion 43:*17* | | Either 19:*5*  43:*1* | | |
| discuss 11:*15* | Doors 3:*10*  12:*7*  13:*11*, *20*  15:*1*  17:*25*  18:*16*  25:*15*, *20*  26:*14*  31:*7*, *20*, *24*  36:*15*  47:*5*  48:*10*, *13*  49:*8*  58:*16*, *18*  61:*18*  62:*4*, *11*  65:*21*  68:*8*  72:*3*, *5*, *9*, *25*  73:*9*, *19*  75:*23* | elevation 44:*3*, *3*  75:*18*, *20* | entails 8:*24* | EXHIBITS 3:*7*, *8*  4:*1* |
| discussed 11:*22*  65:*19* | | Eleven 18:*20*  24:*22* | entitled 59:*18* | exit 40:*13* |
| discussion 24:*6* | | Elizabeth 41:*13* | entry 40:*13* | experience 43:*10*, *11* |
| distance 53:*21* | | | equal 36:*15* | expert 50:*19*  51:*1*  60:*22*  62:*25* |
| distribute 6:*21*  61:*5* | | E-mail 3:*12*, *21*  4:*6*, *9*, *12*, *14*, *16*  15:*3*  16:*14*  41:*5*  44:*23*  46:*22*, *25*  47:*2*, *19*, *20*  49:*20*  63:*19*, *22*  64:*16*, *19*  65:*1*, *3*, *11*  66:*16*  67:*9*, *12*  71:*18*  72:*21*, *24*  74:*4*  75:*2*, *8* | Errata 79:*8* | |
| distributed 60:*17*  61:*12* | | | especially 44:*11* | expires: 79:*12* |
| distributing 62:*10* | | | Esq 3:*17*, *17* | explain 8:*21*  32:*22*  49:*5*  55:*20* |
| distribution 6:*17*  47:*19* | | | ESQUIRE 2:*3*, *8*, *8* | |
| distributor 45:*17*, *19* | | | ESR 37:*13* | explained 13:*21* |
| DISTRICT 1:*1*, *2* | Doors, 75:*10* | | estimates 58:*12* | exterior 26:*7* |
| Divided 15:*16* | download 10:*18*, *22* | | et 20:*6*  75:*10* | eye 47:*18* |
| division 75:*18* | draft 68:*19* | | Europe 58:*1* | |
| Document 4:*3*  14:*13*, *16*  15:*6*  18:*6*, *7*  22:*13*  24:*1*  36:*2*, *5*  37:*14*  41:*9*  45:*22*  50:*22*  51:*12*, *14*  59:*16*, *20*, *23*  61:*6*, *10*, *12*  62:*3*, *17*  63:*8*, *24*  65:*5*  66:*11*  68:*24*  69:*2*, *4*, *5*, *6*, *22*  70:*16*  74:*6*  75:*3* | draw 12:*19*  47:*18*  68:*18* | | evaluation 37:*10*  42:*9*, *10*, *20*  45:*24* | < F > |
| | dual 8:*14*  59:*12* | e-mails 11:*9*  44:*22*  47:*14*  63:*4*  67:*3*  69:*21*  75:*14* | event 31:*20* | face-to-face 53:*21* |
| | duly 5:*2* | | everybody 17:*8* | fact 34:*12*  49:*18* |
| | | | exact 47:*23*  64:*11* | faith 66:*21* |
| | < E > | embedded 12:*22*  13:*24*  33:*13* | Exactly 56:*24*  72:*25* | false 71:*14*  72:*10*, *18*, *19*  73:*12* |
| | earlier 5:*6*  8:*25*  10:*24*  38:*3*  45:*12*  46:*21*  58:*15*  59:*17*  65:*19* | | Examination 1:*13* | familiar 36:*5*  38:*13*  41:*3*  51:*12*  73:*20* |
| | | employee 77:*11*, *13* | examined 5:*2* | |
| | earned 42:*17* | employees 7:*1*  53:*11* | example 7:*20*  12:*16*  16:*4*  58:*10* | far 26:*13* |
| | easily 21:*19*  54:*12* | enclosed 41:*21* | | fashion 62:*18* |
| | educate 16:*25*  17:*9*  49:*3*  52:*16*  61:*4*  62:*14*, *18*  75:*11* | Encouraging 75:*17* | examples 14:*24*  45:*1*, *6*  47:*11*  49:*11*  55:*25*  56:*2*, *4* | father 5:*24* |
| | | ended 24:*22* | | fault 25:*20* |
| Documentation 4:*5*  36:*25*  59:*18*  64:*3* | | engine 8:*23*  12:*16*, *20* | | fax 1:*23* |
| | | engineer 52:*4* | exception 30:*15* | features 17:*10*  29:*22* |
| documents 43:*15*  68:*18* | educated 21:*21* | engineered 7:*20*  9:*6*, *6*, *11*, *23*, *25*  10:*10*, *10*, *23*  39:*2*, *3*  40:*25*  42:*5*, *7*  49:*15*  55:*21*, *23*  60:*4*  63:*5*, *12*  72:*15* | excused 50:*14*  76:*8* | February 37:*8* |
| | educates 53:*5* | | | Federal 17:*5*  57:*18* |
| doing 12:*24*  18:*20*  73:*1* | educating 17:*3*  56:*2* | | Exhibit 14:*14*  15:*5*, *7*  20:*3*  22:*10*, *11*, *14*  23:*25*  24:*2*  32:*9*  33:*25*  36:*3*  37:*7*  41:*8*, *10*  46:*21* | feet 9:*14*  36:*11*  42:*14* |
| Don 64:*20*, *21* | education 44:*24*  52:*8*, *12*, *19*  53:*13*  54:*13*, *16* | | | felt 7:*10* |
| doner@dimarin olaw.com 2:*5* | | | | FEMA 4:*11*  7:*16*, *16*, *25*  11:*2*, *10*, *18*  12:*13*  35:*18* |
| DOOR 1:*6*, *6*  2:*12*, *12*  4:*4* | educational 5:*13*  55:*4* | | | |

Thomas S. Little, Jr.

41:25 42:10, 24 44:8, 13 47:8, 13, 17 62:17 67:16, 18, 21, 23 68:21 69:17, 21 70:1, 4, 12 71:1, 2, 10 73:24
**FEMA's** 7:19 41:20
**field** 7:21 44:24 45:6, 21 46:3 59:4 60:3
**fighting** 67:14
**filed** 14:20
**filing** 23:17
**film** 27:25
**filmed** 31:1
**final** 43:17 69:9, 9, 25
**finally** 69:11
**financially** 77:14
**find** 29:11
**fine** 41:19
**firm** 53:3, 10 69:14
**firms** 52:6
**first** 6:11, 12 8:18 9:2, 5, 13 11:6 19:7 28:3 32:7, 7 37:8 38:16 41:17 49:8 52:17 67:10
**fits** 41:7
**five** 7:25 74:23
**fix** 43:16
**fixed** 32:4
**flange** 28:15 29:17 30:2
**Flaps** 38:9, 19, 22 39:1, 3, 17, 20 68:3, 7, 15
**Flood** 4:5 12:11, 11, 12, 16, 17 13:15, 16 14:5 17:4,

17, 21 25:17 35:17, 19 38:9, 9, 16, 19, 20, 22, 22 39:1, 1, 3, 4, 4, 14, 17, 19, 20, 25 40:12, 13 42:1, 11 44:5, 6, 12 45:22, 23 50:7 56:25 57:1, 3, 13, 14, 16, 18, 20, 24 58:8, 9, 10, 10 59:7, 18 60:22 61:17 64:4 67:15, 20 68:3, 7, 15 75:21
**floodplain** 21:21 44:8, 10 45:18 53:6 58:6 60:23 75:17
**floodsmart.gov** 17:1, 2, 19
**Florida** 54:21, 22
**flow** 40:21
**fluctuates** 19:10
**folks** 7:25 13:19 49:17 52:5, 7 56:2 62:19, 21 63:1
**follows** 5:3
**follow-up** 46:14
**foot** 9:20 40:5, 7 41:21 42:3, 20, 23
**footage** 26:9 36:24 37:5
**force** 16:16
**foregoing** 77:6 79:4
**form** 53:22 60:7 65:23 74:14 79:7
**formal** 16:9
**former** 13:9 64:21 65:13
**forth** 11:20

16:2, 12 77:9
**forum** 66:1
**forward** 40:22
**forwarded** 67:6
**foundation** 26:1, 5, 22 27:1 35:17 36:8 50:6
**foundations** 6:1 46:17
**four** 45:21 52:14, 24 53:1, 13
**frame** 10:2 23:13 59:2
**FRE** 75:18, 22
**friend** 68:12
**front** 8:7
**frustrating** 43:10
**Fryklund** 15:10 18:4
**Fryklund's** 15:23 17:16
**fulfillment** 6:19
**full** 26:25
**full-time** 6:4, 8
**function** 8:14 59:12
**further** 76:7 77:10

**< G >**
**gain** 6:23
**gained** 6:25
**gap** 28:19
**Garage** 3:14
**gather** 47:20
**general** 16:12 20:15, 15
**generally** 22:21
**gentleman** 15:11 22:24 68:10
**getting** 73:2
**give** 54:3 71:24 73:10

**given** 5:9 7:9 18:21 53:16, 25 69:10 79:6
**gives** 53:12
**Gloucester** 5:18
**Go** 7:15 12:25 14:5 18:25 27:13 28:13 34:16, 19 40:22 50:12 62:3, 6 66:5 69:16, 25 76:2
**goal** 75:9
**goes** 13:18 74:17
**going** 9:1, 19 14:4 27:13 28:16, 23 29:12 30:20 34:14 37:12 50:18 53:4 55:13 58:20, 23 62:15 66:3
**GOLKOW** 1:23
**good** 9:14 28:13 66:21
**Google** 8:24 12:15, 25 13:3, 24 16:9, 10, 16, 22 18:11 19:1, 7
**Gore** 19:19
**government** 17:5
**government's** 17:20 57:18
**Graham** 3:8 4:1 5:6 7:9, 23 38:3 46:16, 24 50:13 58:5, 13 71:18 73:22 74:23, 25
**Graham's** 11:8
**grew** 5:22
**gross** 40:19
**group** 55:12 57:5

**groups** 48:1 54:1
**Grove** 2:4
**growing** 7:1
**guarantee** 44:14
**guess** 18:25 26:5 35:8 50:3 56:10, 11
**Guide** 7:14 45:11 46:3 47:10 49:4, 12, 18 61:9 63:9
**guideline** 41:20
**Guides** 56:1
**guy** 21:9
**guys** 27:15

**< H >**
**Haddonfield** 1:19 2:4
**half** 61:8
**hand** 15:3 22:9 23:23 35:24 50:18 60:13 63:20 69:19 74:4
**handed** 51:10
**handful** 59:3, 4, 5
**handle** 15:22
**happening** 60:19
**Harry** 65:11, 12 66:3 67:1 68:2, 9, 12, 16
**head** 39:18
**headaches** 64:17
**headline** 71:10
**heard** 5:5 31:9
**heavily** 44:10
**heck** 9:19
**he'd** 16:11
**help** 7:12 61:3
**hereinbefore** 77:8
**hey** 49:2
**hidden** 12:23

**high**  61:*15*  67:*16*, *18*, *21*, *23*
**higher**  12:*20*
**highlight**  49:*4*
**Hill**  1:*20*
**hire**  28:*2*
**hired**  27:*25*
**history**  5:*21*, *22*  46:*3*
**hold**  56:*20*
**holding**  45:*24*
**Holme**  27:*19*, *21*, *22*  28:*7*, *10*
**home**  13:*14*  19:*15*, *17*, *18*  44:*6*
**homeowner**  26:*10*  28:*7*  30:*6*  32:*15*  40:*16*
**homeowners**  75:*17*
**Homes**  4:*11*  52:*5*  68:*22*  70:*4*  71:*8*, *11*
**host**  33:*12*
**hours**  6:*3*
**house**  25:*4*, *5*  71:*13*
**hundreds**  53:*25*
**Hurricane**  4:*12*  68:*22*  70:*5*
**HVAC**  19:*18*
**hydrostatic**  50:*7*

**< I >**
**ICC**  9:*10*  37:*6*, *10*, *12*  39:*10*  42:*9*, *10*, *20*  45:*22*, *24*  54:*20*
**ICC-ES**  3:*19*  35:*18*  36:*1*  37:*3*, *25*  38:*4*, *8*  39:*20*, *21*  40:*10*  42:*8*, *18*

**idea**  14:*17*  46:*2*  61:*13*
**identification**  14:*11*, *13*  15:*6*  22:*10*, *13*  24:*1*  35:*25*  36:*2*  41:*8*, *9*  50:*20*, *22*  59:*17*, *20*  63:*21*, *24*  65:*4*, *5*  68:*20*, *24*  69:*20*, *22*  74:*5*, *6*  75:*3*
**identified**  45:*21*
**identify**  49:*11*
**illustration**  47:*7*, *9*
**immediately**  9:*18*
**implies**  25:*20*
**imply**  25:*8*
**important**  36:*12*  55:*11*
**improper**  45:*2*
**improperly**  45:*8*
**inaccurate**  21:*13*
**inch**  40:*4*, *6*  41:*21*  42:*2*
**inches**  9:*15*, *16*  24:*23*
**incidents**  20:*11*
**include**  47:*16*  55:*18*
**included**  40:*14*  45:*20*, *24*  62:*13*
**including**  30:*25*  42:*13*
**incorrect**  7:*10*
**increase**  12:*18*
**incredibly**  9:*17*
**independent**  6:*20*  27:*22*  64:*21*  65:*13*
**indexed**  54:*11*, *12*
**individual**  65:*18*

**individually**  54:*25*
**individuals**  52:*6*  54:*2*, *7*
**industry**  5:*24*, *25*  6:*22*  9:*1*  12:*10*  17:*9*  43:*16*  49:*16*  60:*21*  62:*15*, *25*
**infer**  74:*24*
**inform**  49:*1*
**information**  21:*14*  26:*20*  31:*10*  44:*17*, *24*
**Ingargiola**  70:*20*
**Ingargiola's**  71:*18*
**in-house**  15:*22*
**insert**  58:*16*, *25*
**inside**  26:*11*
**inspection**  27:*1*  43:*23*  44:*11*
**inspector**  43:*18*
**inspectors**  43:*1*, *11*  44:*7*  45:*3*, *8*  60:*24*  62:*8*
**install**  24:*24*  25:*9*, *10*
**installed**  24:*8*, *17*, *19*  43:*24*
**installing**  25:*6*
**instance**  12:*7*  53:*3*  54:*21*
**instances**  19:*22*  20:*6*, *21*
**Institute**  52:*15*
**instructions**  5:*5*
**insulated**  59:*13*
**insurance**  12:*11*  17:*4*  44:*5*, *6*  54:*18*  55:*6*  56:*14*, *22*,

*25*  57:*1*, *3*, *4*, *7*, *11*, *13*, *14*, *17*, *18*, *20*, *20*, *22*  75:*21*
**integrates**  53:*8*
**intended**  36:*7*
**intent**  62:*10*
**interested**  77:*14*
**interfere**  65:*21*
**interior**  26:*7*
**International**  54:*16*  55:*5*
**internet**  8:*20*  10:*5*, *19*  13:*2*, *24*  14:*12*  15:*4*  21:*14*, *19*, *20*  49:*14*
**interpret**  74:*12*
**interpretation**  7:*19*  41:*22*  43:*3*  66:*12*, *15*  74:*21*
**Interrogatories**  20:*4*  22:*7*  23:*3*  32:*8*
**Interrogatory**  20:*9*  32:*10*
**intimate**  62:*23*
**invitation**  68:*11*
**invited**  58:*5*
**involved**  44:*2*, *10*, *12*
**involvement**  46:*5*
**issued**  37:*9*
**issues**  11:*15*, *25*  31:*8*  46:*4*  60:*2*
**issuing**  73:*23*
**it,**  67:*11*
**items**  7:*13*  51:*7*
**its**  15:*1*  32:*13*  47:*13*
**Ivan**  27:*24*

**< J >**
**JANUARY**  1:*9*  3:*15*

23:*12*, *24*  33:*20*  48:*24*
**Jernigan**  64:*20*, *21*
**JERSEY**  1:*2*, *20*  2:*4*  44:*9*  56:*20*  60:*1*  68:*22*
**job**  6:*8*  10:*4*
**jobs**  5:*23*  6:*1*
**John**  70:*20*
**Jones**  13:*8*  20:*21*, *25*  45:*17*  46:*2*
**JR**  1:*13*  3:*3*  5:*1*  79:*3*, *12*
**July**  15:*3*
**June**  57:*9*

**< K >**
**Keen**  19:*15*, *16*, *17*
**keep**  67:*11*
**Kevin**  65:*15*, *16*, *17*
**key**  12:*22*
**keywords**  13:*1*
**kidding**  74:*20*
**kind**  73:*2*
**kit**  28:*18*
**knew**  49:*17*
**know**  8:*8*  9:*19*  11:*12*, *18*, *24*  12:*13*  13:*12*, *18*  14:*16*, *24*  15:*11*  18:*3*, *25*  21:*5*  22:*20*  23:*16*, *18*  24:*9*, *14*, *19*  25:*17*  26:*2*, *20*, *22*  29:*16*  30:*4*  31:*3*, *13*  35:*3*  37:*11*, *23*  39:*9*, *16*, *17*  46:*17*, *24*, *25*  47:*13*, *23*, *25*  49:*15*  50:*3*  58:*18*  59:*23*  62:*22*  67:*5*, *22*, *24*

71:22  72:2
73:5
**knowledge**
22:18  30:24
38:8, 14, 19
50:1  65:25

**< L >**
**label**  71:3
**lack**  44:24
**lacked**  33:8
**lady**  41:12
**landscaping**
6:2, 5
**latest**  63:22
**lawsuit**  14:20
23:17  31:25
**lawyer**  67:11
**leading**  35:16
**leads**  66:14
**leaned**  62:24
**learn**  8:18
31:23
**learned**  11:6
**learning**  53:21
54:9
**led**  10:13
13:22
**left-hand**
14:18
**legal**  40:9
64:17
**legally**  39:22,
25  57:21
**length**  23:9
**Letter**  3:15
23:19, 24  24:4,
5, 7, 10  33:19
34:1, 10  65:18
**letters**  71:7
**letting**  73:2
**level**  54:18
67:16, 18, 21,
23
**Liberty**  1:19
2:9
**library**  17:8
**license**  56:17
**licensed**  56:14,
19

**licenses**  56:21
**likewise**  47:7
**line**  12:12
78:4
**link**  13:15
20:24  23:4, 5,
8, 15, 16  33:14
70:9
**linked**  28:5
33:14
**LinkedIn**
65:25  66:1, 4
67:3, 8  68:7,
10, 11
**Lisa**  13:8, 10,
12, 21  20:20,
25  45:17  46:2
**list**  12:21
13:3  17:10
48:25  49:1, 2,
6, 10
**listed**  45:22
68:7
**listened**  10:24
11:3
**listing**  12:18
17:15, 21  19:4
**listings**  16:17
**LITTLE**  1:13
3:3  5:1, 5
19:21  27:18
45:10  46:13
50:18  51:10
66:7  74:24
76:1  79:3, 12
**LiveNote**  77:4
**lives**  21:22
**LLP**  1:18  2:6
**local**  43:1, 11,
18, 18  45:3
51:17, 18
**logo**  47:8, 14
**London**  58:5
**long**  6:16
19:8  23:8
**longer**  23:4
33:15
**look**  12:25
17:18  21:16,
18  22:21  23:2

59:8  70:18
71:19
**looked**  21:15
63:8
**looking**  13:2,
4  19:23  20:8,
21  28:8  67:10
**looks**  16:12
68:19
**lost**  14:24
**lot**  5:22
18:21  30:19
49:15
**louvered**  32:4
**lower**  13:6
**lumber**  6:20
**lunch**  40:22
**Luncheon**
46:10

**< M >**
**mailed**  60:8
**main**  54:7
59:11
**making**  13:17
**man**  64:23
65:2
**manage**  15:14
**management**
5:15  45:18
51:7  58:6
**manager**  6:18
21:22
**managers**  44:8
**manages**  54:20
**manufactured**
8:12
**manufacturer**
35:17
**MARGARET**
1:15  77:2, 18
**mark**  14:10
15:5  22:10
23:25  35:24
41:8  50:20
59:17  65:4
68:20  69:19
74:5
**MARKED**  3:7,
8  4:1  14:13
15:6  22:13

24:1  36:2
41:9  50:22
51:11  59:20
63:20, 24  65:5
68:24  69:22
74:6  75:2, 3
**marked-up**
69:8
**Market**  2:9
38:22  58:12
**marketing**
5:14  7:4  36:8,
12  38:20  48:5
**Maryland**
65:14, 17, 22
67:2
**masonry**  6:21
**mass**  42:11
**matches**  36:20
**material**  6:20
31:24
**materials**
24:23  35:19
55:9, 11
**matter**  1:14
**mean**  19:9
21:5  22:11
25:8  26:4
30:17  32:5
70:9  71:4
74:19
**meaning**  50:6
55:13
**means**  74:19
**measurements**
55:21
**Measures**  4:5
47:17  59:19
64:4
**mechanically**
9:8  39:3
**mechanism**
40:15
**mediation**  8:16
**meet**  22:24
24:20  42:1
**meeting**  7:16,
18, 22
**meetings**  7:14
**memorized**
22:20

**mention**  30:7
75:23
**mentioned**
30:6  58:17
**met**  8:16, 17
**meta**  11:24
12:3, 6, 22
13:1, 7, 23
14:1, 3, 25
20:12, 13, 14,
15
**MICHAEL**
2:8  3:8  4:1
48:18
**middle**  16:14
65:9  67:12
**Mike**  7:23, 23
8:24  37:11
58:5
**Mike's**  13:9
**minute**  46:9
**minutes**  74:23
76:2
**misled**  50:5
**Mm-hmm**
61:19  63:16
**model**  6:19
28:16  36:16
39:19, 21
**models**  38:16,
18
**moment**  58:3
**money**  19:11,
12  75:21
**monitor**  16:1
**month**  19:12
**monthly**  16:1,
4, 8  18:8
**multimedia**
53:23
**municipality**
62:19

**< N >**
**name**  7:24
13:15  18:11,
12  67:5
**named**  49:20
**names**  8:2
49:20

**narrative** 50:*18*
**narrator** 25:*19* 27:*18* 28:*10*, *14* 30:*5*, *7*
**narrator's** 26:*9*
**National** 6:*15* 67:*15*, *20*
**natural** 19:*4*
**necessarily** 18:*20* 55:*13*
**necessary** 22:*9*
**need** 17:*9* 27:*14*, *15* 40:*12*
**needed** 54:*21*
**neither** 77:*11*, *13*
**NER** 37:*13*, *14*
**NES** 37:*10*
**net** 9:*15* 29:*3* 40:*6*, *20* 42:*2*
**Never** 8:*17* 11:*22* 18:*16* 31:*17* 39:*6*
**NEW** 1:*2*, *20* 2:*4* 6:*24*, *25* 44:*9* 45:*21* 56:*20* 60:*1* 68:*22*
**news** 68:*19*
**newsletter** 48:*7* 49:*1* 50:*1* 70:*10*
**newsletters** 48:*8* 49:*11*
**NFIP** 8:*1* 12:*14* 13:*10* 46:*3*, *5* 57:*17*, *21*
**NFIP's** 17:*2* 57:*21*
**nice** 74:*9*, *15*
**Nick** 26:*10* 28:*1*, *7*, *12* 30:*1* 31:*9* 34:*13*, *16*, *19*
**Nick's** 28:*13* 29:*16*, *17*, *24*

**night** 6:*5*
**NJ** 4:*11* 70:*5*
**nonacceptable** 47:*11*
**noncompliance** 63:*5*, *12*
**noncompliant** 63:*23* 64:*8*
**nonconforming** 72:*10*
**nonengineered** 9:*16* 39:*2*, *7*, *12* 40:*3*, *4*, *11* 42:*1* 45:*1*, *4*, *7*, *23* 46:*6* 55:*21*, *23* 56:*4* 72:*15*
**Non-Engineered** 7:*13* 45:*11* 47:*10* 49:*4*, *12* 56:*1* 61:*9* 63:*8*
**nonproprietary** 52:*23* 55:*2*
**nonresidential** 53:*7* 56:*21*
**North** 11:*2*
**Notary** 1:*17* 77:*5*, *19* 79:*17*
**noted** 79:*8*
**Notice** 19:*23* 35:*14*
**Notwithstanding** 32:*12*
**number** 15:*23* 17:*20*, *22*, *25* 18:*14*, *16* 19:*22* 20:*3*, *8*, *9* 22:*7* 23:*3* 32:*11* 34:*9* 40:*23* 47:*23* 61:*14*, *15*
**numbers** 16:*11* 72:*22*
**numerous** 38:*15*
**Nunes** 22:*25* 24:*20* 25:*8*, *19* 28:*1*, *7*, *9* 30:*10*, *12* 31:*8*, *17* 33:*5*

**< O >**
**Object** 65:*23*
**Objection** 20:*19* 25:*12*, *23* 26:*16* 27:*4*, *4*, *8* 29:*19* 32:*8*, *12* 33:*3*, *22* 34:*6* 35:*2*, *7* 41:*24* 43:*4*, *21* 44:*16* 49:*9* 51:*2* 70:*14* 71:*15* 72:*7*, *13*, *23* 74:*14*, *22*
**objectives** 54:*9*
**obstructions** 40:*21*
**obtained** 10:*17* 11:*12*
**obviously** 16:*10* 18:*12*
**occasion** 48:*15*, *22*
**occasions** 49:*19* 51:*16*
**occur** 51:*25*
**office** 38:*11* 54:*7*
**officer** 7:*6*
**offices** 1:*18*
**official** 41:*18* 43:*19* 44:*4*, *7* 67:*2*
**officials** 54:*21*, *23* 60:*24* 62:*8*, *20*
**Oh** 20:*10*
**Okay** 14:*21* 27:*12*, *16* 50:*11* 70:*19* 72:*1*, *24*
**old** 5:*25* 45:*23*
**older** 68:*9*
**once** 33:*14*
**ongoing** 49:*1*
**online** 28:*5*
**ONUFRAK** 2:*8* 3:*4* 5:*4* 14:*15* 15:*8* 19:*25* 20:*1* 21:*2* 22:*15*, *19*

24:*3*, *12*, *13* 25:*18*, *25* 26:*18* 27:*6*, *16*, *17* 29:*9*, *21* 31:*13*, *16* 32:*25* 33:*6*, *24* 34:*7* 35:*5*, *10* 36:*4* 41:*11* 42:*4* 43:*7*, *22* 44:*19* 46:*8*, *12* 50:*11*, *17*, *24* 51:*5*, *9* 56:*13* 59:*22* 64:*1* 65:*7* 66:*6*, *12*, *16*, *18*, *23*, *25* 69:*1*, *24* 70:*17* 71:*16* 72:*11*, *17* 73:*4*, *7*, *12*, *17* 74:*3*, *8*, *18* 75:*1*, *5* 76:*1*, *6*
**onufrakm@whiteandwilliams.com** 2:*11*
**Onufrak's** 32:*22*
**open** 9:*15* 29:*3* 40:*6*, *20* 42:*2*
**Opening** 7:*14*, *20* 9:*9*, *17* 28:*21* 29:*2* 32:*4* 42:*1*, *6*, *7* 45:*11*, *23* 47:*10* 49:*4*, *12* 50:*6* 56:*1* 60:*4* 61:*9* 63:*5*, *9*, *12* 72:*15*, *16*
**Openings** 4:*5* 29:*14* 39:*8*, *13* 40:*3*, *4*, *11* 41:*1* 45:*4* 46:*7* 55:*21*, *22*, *23* 56:*5* 59:*18* 60:*22* 64:*4*
**operated** 9:*8* 39:*4*
**opinion** 39:*25*
**optimization** 8:*23*

**Oral** 1:*13* 30:*12*, *19* 32:*14* 33:*1*, *5*
**order** 51:*7*
**ordinances** 51:*17*, *18*
**organic** 12:*18* 19:*4*
**organization** 31:*5* 52:*17*
**organizations** 55:*6*, *6*
**Original** 3:*14* 10:*14*
**Originally** 10:*16*
**outside** 8:*17* 54:*6*
**oversee** 7:*2* 8:*22*
**Overstated** 29:*5*, *6*
**overview** 16:*13*
**owned** 57:*8*, *9*
**owners** 17:*3*

**< P >**
**P.C** 2:*3*
**p.m** 46:*10*, *11* 50:*14*, *15* 76:*4*, *5*, *9*
**package** 16:*11*
**Page** 3:*1* 13:*14* 15:*9* 33:*10* 36:*12* 38:*16* 41:*17* 47:*8* 61:*16*, *23* 65:*8* 66:*17* 67:*10* 70:*3*, *18* 71:*24* 75:*8* 78:*4*
**Pages** 32:*11* 79:*4*
**paper** 8:*24* 15:*14*, *22* 19:*3*, *10* 36:*20*, *21* 57:*17*
**Paragraph** 58:*17* 73:*14*

Thomas S. Little, Jr.

**part**  10:*3*  25:*4*  29:*15*, *15*  34:*11*
**particular**  8:*5*  30:*18*  47:*18*  49:*13*  51:*23*  60:*20*  71:*2*
**particularly**  51:*17*
**parties**  77:*12*
**pass**  43:*23*
**passed**  45:*7*  53:*23*  61:*7*  64:*14*
**pay**  16:*22*
**pending**  73:*18*
**Pennsylvania**  2:*10*  65:*14*
**people**  21:*19*
**performance**  9:*21*  39:*6*  42:*22*
**period**  10:*25*  58:*18*, *22*, *24*
**periodically**  10:*5*  53:*12*
**permission**  30:*16*, *22*  32:*15*  33:*4*, *5*, *8*  34:*17*, *25*
**person**  54:*1*
**personally**  11:*9*  31:*2*  53:*17*  54:*3*  55:*3*, *8*  67:*19*
**pertain**  55:*12*
**pertained**  29:*17*
**pertaining**  7:*13*  17:*19*  60:*3*, *22*  69:*21*  73:*16*
**pertains**  15:*4*  38:*15*
**ph**  1:*23*
**Philadelphia**  2:*10*
**phone**  13:*8*  20:*23*  44:*21*  63:*1*

**photocopy**  9:*7*  66:*2*
**phrase**  20:*22*
**picture**  8:*14*  59:*3*
**pictures**  56:*6*
**pinpoint**  35:*11*
**Place**  2:*9*  77:*8*
**plain**  44:*12*
**Plaintiffs**  1:*4*  2:*6*
**plans**  48:*3*  51:*22*, *23*
**please**  63:*11*  66:*6*  71:*24*  73:*11*, *16*
**plenty**  32:*4*
**Plus**  57:*4*
**policy**  30:*15*  44:*6*  57:*22*  75:*19*
**pop**  12:*20*  19:*6*, *6*
**popped**  19:*16*
**portion**  62:*16*
**portions**  65:*14*
**position**  6:*11*, *12*  35:*22*, *23*
**possible**  51:*20*
**post**  12:*8*, *9*  66:*4*  67:*7*
**posted**  65:*25*
**posting**  67:*3*
**potential**  25:*21*  62:*3*
**potentially**  30:*3*
**PowerPoint**  60:*5*, *6*
**PR**  69:*14*
**practice**  10:*4*  70:*22*, *23*, *25*  71:*4*
**preferred**  70:*22*
**present**  1:*21*  52:*16*  58:*7*
**presentation**  33:*1*  60:*7*  63:*1*

**presentations**  56:*7*, *8*
**presented**  53:*19*  60:*7*
**press**  69:*15*
**pressure**  50:*7*
**prevented**  28:*16*, *19*, *23*  29:*13*, *23*
**pride**  35:*18*
**principals**  57:*8*
**print**  3:*10*
**printed**  60:*13*
**prior**  9:*22*
**private**  57:*19*, *22*
**privilege**  32:*21*
**probably**  5:*15*  9:*11*  14:*4*  30:*19*  31:*5*  37:*11*  46:*15*  47:*23*  61:*8*
**process**  5:*7*  57:*13*
**produce**  11:*13*  16:*9*  59:*6*, *9*
**produced**  42:*11*  50:*19*  51:*5*, *8*
**producer**  56:*15*
**product**  6:*21*  9:*25*  12:*12*  20:*17*, *18*  21:*21*  39:*15*  41:*19*  49:*16*  58:*16*, *19*  60:*20*  61:*2*  68:*9*
**PRODUCTS**  1:*3*  3:*19*  4:*3*  17:*8*, *10*, *11*  35:*16*  36:*14*  38:*20*, *23*  39:*2*  57:*20*  59:*1*, *11*
**Professional**  1:*16*  55:*12*  60:*19*  77:*3*
**professionals**  53:*20*  63:*2*

**program**  53:*22*  54:*17*  57:*18*, *21*
**programs**  52:*8*, *12*  54:*13*  55:*4*
**projects**  6:*1*
**promoted**  6:*23*
**proof**  29:*11*
**proofing**  58:*8*, *9*, *11*
**proper**  55:*20*
**properly**  24:*25*  25:*9*  26:*14*, *21*  42:*12*
**properties**  17:*4*
**property**  17:*3*  30:*13*  56:*18*  71:*2*
**proposed**  11:*20*
**propounded**  79:*6*
**protected**  32:*21*
**Protection**  3:*14*
**Protective**  19:*19*
**proven**  42:*19*
**provide**  54:*19*, *22*
**provider**  52:*18*
**providers**  54:*19*
**provides**  75:*22*
**Public**  1:*17*  38:*14*  42:*12*  65:*24*  66:*1*  70:*1*, *9*  77:*5*, *19*  79:*17*
**pull**  55:*11*
**pun**  36:*7*
**purchase**  17:*4*  25:*5*
**purportedly**  23:*11*
**purports**  14:*11*  22:*11*, *11*  35:*25*

46:*22*  63:*21*  69:*20*
**put**  20:*25*  24:*25*  27:*2*  28:*5*  36:*20*  46:*2*  48:*25*  62:*17*
**putting**  6:*1*  25:*16*

**< Q >**
**Question**  22:*7*  23:*3*  27:*12*  29:*8*, *10*  32:*22*, *23*  35:*21*  37:*8*  43:*6*, *12*, *14*  46:*16*  60:*18*  61:*1*, *4*  66:*6*, *19*, *24*  73:*15*, *18*
**questioned**  62:*20*
**questions**  40:*23*  46:*14*  61:*1*  63:*2*  66:*21*  76:*3*, *7*  79:*6*
**Quinn**  11:*10*, *16*
**quite**  60:*19*
**quote**  41:*18*  70:*20*  71:*6*

**< R >**
**raise**  27:*14*
**ran**  75:*15*
**range**  12:*10*
**rating**  44:*5*
**ratio**  40:*5*  42:*15*
**reach**  60:*25*
**reached**  31:*11*, *13*
**read**  17:*16*  66:*8*  67:*6*  70:*16*  79:*4*
**realize**  21:*23*
**really**  55:*13*
**ReallyGoodStuff**  3:*15*
**Realtime**  77:*3*

Thomas S. Little, Jr.

**reason** 7:*17*
27:*14* 29:*24*
30:*4* 32:*16*
34:*8* 45:*19*
68:*6* 78:*6*, *8*,
*10*, *12*, *14*, *16*,
*18*, *20*, *22*, *24*
**reasons** 30:*4*
**Rebecca** 11:*10*,
*15*
**recall** 7:*11*
16:*20* 18:*7*, *18*,
*19* 23:*9* 60:*17*
73:*25*
**recalled** 46:*15*
**received** 6:*17*
**recess** 27:*9*
46:*10* 76:*4*
**recognize** 69:*2*
**recognized**
42:*24*
**recognizes**
42:*10*
**recollect** 41:*12*
67:*17*
**recollection**
14:*22*
**record** 27:*11*
66:*9*
**Reduction**
57:*4*
**reference**
43:*15* 48:*10*
57:*25* 61:*17*
64:*3*
**referenced**
31:*7* 39:*11*
48:*13* 65:*17*
**references**
60:*2* 63:*4*
**referred** 26:*6*,
*11* 36:*11*
72:*20*
**referring** 20:*7*
23:*3* 25:*3*, *14*,
*16* 31:*6* 41:*1*
47:*17* 64:*16*
71:*22*
**refers** 61:*24*
62:*16* 63:*22*

72:*2*, *3*, *24*
**refresh** 14:*22*
**refused** 30:*22*
34:*17*
**regard** 9:*3*
18:*4* 67:*2*
**regarding**
68:*21*
**Registered**
1:*16* 52:*16*
77:*2*
**regulations**
42:*2* 63:*3*
**Reichle** 3:*17*
**REIHL** 1:*15*
77:*2*, *18*
**Reissued** 3:*19*
37:*7*
**reject** 43:*2*
**relative** 77:*11*,
*13*
**relay** 32:*20*
**release** 46:*14*
68:*20*
**released** 7:*17*
9:*13* 53:*24*
69:*11*
**releases** 69:*15*
**relevant** 13:*3*
61:*2*
**relieve** 50:*7*
**remember**
19:*9* 23:*18*
24:*5* 68:*1*
70:*16*, *24*
**remodeling**
5:*25*
**remove** 33:*7*,
*9*, *11*, *14*, *16*
34:*2*, *11*, *14*
**removed**
32:*13*, *16*, *17*,
*23* 34:*1*
**removing**
33:*20*
**reorganized**
46:*9*
**rep** 6:*16*
64:*21* 65:*13*

**repeat** 33:*23*
43:*5* 45:*4*
63:*10* 70:*2*
**rephrase** 29:*10*
**replaced**
37:*10* 64:*23*,
*25* 65:*1*
**Report** 3:*19*
14:*12* 17:*16*
36:*1* 37:*3*, *7*,
*13* 38:*1* 42:*8*,
*9*, *10*, *20* 45:*25*
60:*1* 61:*3*
62:*14* 63:*6*, *13*,
*23* 64:*8*, *11*
**reported** 18:*8*
**Reporter** 1:*16*,
*17* 66:*8* 77:*3*,
*3*, *4*, *5*
**reports** 16:*1*, *5*,
*8* 38:*4*, *8*
42:*22* 50:*19*
**representation**
35:*15*
**representative**
6:*13* 27:*23*
54:*6*
**represents**
36:*18*
**reprimanded**
73:*24*
**reprimanding**
74:*1*
**reps** 55:*17*
67:*16*, *18*, *21*,
*23*
**request** 68:*5*
**requested**
58:*7* 60:*1*
**require** 55:*1*
**required** 9:*9*
51:*7* 55:*2*
**reread** 66:*6*
**research** 8:*25*
13:*22*
**researched** 9:*2*
**reserved** 9:*8*
**residential**
53:*4*, *5*
**residents** 75:*11*
**respect** 20:*12*

**respected**
60:*21*
**responsibilities**
6:*24*, *25*
**rest** 29:*7*
67:*13*
**result** 12:*21*
14:*25* 19:*4*
46:*19* 75:*14*
**resulting** 20:*22*
**resumes** 27:*10*
46:*11* 50:*15*
76:*5*
**reveal** 9:*9*
71:*7*
**revealed** 71:*11*
**Reveals** 4:*11*
68:*21* 70:*4*
**review** 11:*19*
42:*21*, *22*
74:*16*
**reviewed** 28:*4*,
*6*, *11* 69:*10*
**Riegle** 41:*13*,
*17* 42:*13*
**right** 7:*11*, *15*
9:*4*, *12* 10:*2*,
*17*, *20* 11:*2*
17:*23* 21:*25*
24:*24* 25:*7*, *10*
26:*23* 27:*7*, *13*
30:*13* 33:*2*
35:*1* 36:*12*, *19*
37:*3* 38:*24*
41:*3* 42:*8*, *18*
46:*1* 48:*17*
53:*14* 56:*15*
57:*16* 61:*25*
63:*14*, *19*
64:*12*, *24*
66:*23* 71:*25*
72:*6*, *6* 73:*5*, *8*,
*13* 74:*3* 75:*12*
**Risk** 57:*4*, *23*
**risks** 44:*12*
**Road** 1:*19*
**Robert** 27:*19*,
*21*, *22* 28:*7*
**roughly** 36:*14*
**RPR** 77:*18*

**rules** 54:*25*
**run** 16:*24*
**running** 71:*21*
**runs** 16:*10*

**< S >**
**sales** 6:*13*, *16*,
*17* 7:*3*, *4* 10:*4*
21:*9* 36:*8*
52:*5* 54:*6*
**Sandy** 4:*12*
68:*23* 70:*5*
**save** 75:*20*
**Saved** 4:*11*
68:*22* 70:*4*
71:*8*, *11*
**savvy** 68:*10*
**saw** 9:*18*
26:*24* 55:*25*
67:*7*
**saying** 31:*12*
41:*19* 58:*21*
72:*19* 74:*25*
**says** 13:*13*
15:*10* 16:*14*
20:*5* 23:*4*
24:*7*, *10* 25:*1*,
*20* 32:*11*
41:*18* 47:*4*
50:*4* 56:*14*
70:*3* 74:*20*
**scenes** 12:*23*
13:*24*
**school** 5:*23*
6:*3*, *4*
**Scott** 3:*17*
57:*9*
**scream** 27:*15*
**screened** 32:*4*
**Sea** 4:*11*
68:*22* 70:*1*, *4*
71:*3* 73:*23*
**search** 8:*23*
9:*11* 10:*5*, *9*
12:*16*, *20*, *24*
17:*17* 18:*4*, *9*,
*10* 19:*14*
**searched**
18:*22*, *24*
**searcher** 13:*2*

| | | | | |
|---|---|---|---|---|
| searchers 13:*25* | 32:*8*  77:*8* | *19*  8:*6*  13:*6*, *20*  14:*11*, *14*, | **SPACE**  1:*6*, *6* 2:*12*, *12*  3:*10* | **stamp**  32:*5* |
| **searches**  18:*14*, *17* | **severe**  46:*18* **share**  58:*12* | *25*  15:*7*  17:*12* 18:*5*, *9*, *10*, *12*, | 4:*4*  8:*18*  9:*3* 10:*13*, *20*  12:*7* | **stand**  58:*12* **standing** 24:*23*  52:*18* |
| **second**  15:*9* 20:*3*  22:*6* | **shareholder** 7:*7* | *22*, *24*  19:*1*, *14*, *15*, *17*  20:*5*, *23* | 13:*5*, *11*, *20* 14:*3*, *6*  15:*1* | **standpoint** 19:*3* |
| 23:*2*  47:*8* 66:*20*  72:*24* | **Shaw**  28:*6* 41:*6*, *15*  69:*10* | 22:*14*  23:*5* 24:*2*  28:*15* | 17:*25*  18:*16* 20:*18*  25:*9*, *15*, | **Start**  65:*8* 73:*13*, *14* |
| 75:*8* | 75:*6* | 29:*22*  31:*14* | *20*  26:*14* | 75:*13* |
| **secret**  10:*20* | **Sheet**  79:*8* | 32:*12*, *14* | 28:*23*  31:*7*, *20*, | **started**  6:*6* |
| **section**  13:*16* | **short**  40:*19* | 34:*22*  35:*15*, | *24*  32:*6*  36:*15*, | 9:*5*  59:*16* |
| **see**  9:*22*  10:*5* | **Shorthand** | *16*, *25*  36:*3* | *18*  40:*25* | **state**  12:*9* |
| 13:*14*  16:*18* | 1:*17*  77:*4* | 38:*24*  41:*10* | 46:*17*, *19*  47:*5* | 27:*23*  44:*9* |
| 20:*7*  25:*1* | **shot**  23:*12* | 45:*17*, *19* | 48:*10*, *13*  49:*7* | 46:*3*, *5*  54:*17*, |
| 26:*3*  41:*1* | **show**  14:*10* | 46:*22*, *23* | 56:*6*  58:*16*, *18* | *18*, *20*, *24*  55:*5* |
| 45:*1*, *6*  59:*1*, | 41:*5*  63:*19* | 50:*21*, *23* | 59:*1*  61:*18* | 56:*20*  64:*19*, |
| *12*  61:*17*  63:*4* | 65:*3*  68:*17* | 51:*11*, *16*, *18* | 62:*4*, *11*  65:*21* | *22*  65:*17*  67:*2* |
| 66:*3*  68:*6* | 75:*1* | 52:*20*  57:*8* | 68:*8*  72:*3*, *5*, *9*, | **stated**  8:*24* |
| 70:*6*, *7*  71:*9*, | **showed**  21:*5* | 59:*7*, *17*, *21* | *25*  73:*9*, *19* | 13:*9*  45:*18* |
| *12*  72:*1*  74:*9*, | **shown**  24:*7* | 63:*21*, *25*  65:*4*, | 75:*23* | **statement** |
| *11*  75:*20*  76:*2* | 32:*15* | *6*  68:*20*, *21*, *25* | **spaces**  14:*5* | 12:*9*  50:*8* |
| **seen**  7:*21* | **shows**  52:*7* | 69:*20*, *23*  70:*4* | **Space's**  20:*22* | **statements** |
| 11:*9*  19:*13* | 61:*3* | 71:*7*, *11*  74:*5*, | 21:*8*  23:*20* | 28:*9* |
| 24:*4*, *5*  46:*4* | **shut**  40:*16* | *7*  75:*2*, *4* | 33:*19*  34:*23* | **STATES**  1:*1* |
| 60:*2* | **shy**  5:*15* | **SmartVent** | 61:*24* | 54:*19*  56:*21* |
| **seeping**  28:*20* | **side**  5:*23*  6:*1* | 3:*19* | **spec**  51:*21* | 57:*17* |
| **select**  57:*23* | 7:*25*  8:*1*, *22*, | **smile**  74:*10*, *19* | 52:*4* | **stating**  20:*20* |
| **sell**  42:*23* | *23*  21:*15*, *15* | **Snyder**  75:*6* | **specific**  20:*6* | **status**  51:*3* |
| 57:*1*, *3*, *19* | 31:*9*  75:*10* | **software**  16:*11* | 23:*9*  52:*13* | **Stay**  27:*11* |
| **sellers**  25:*3*, *6*, | **sign**  66:*2* | **sold**  8:*12* | 61:*2* | **stenographicall** |
| *14*, *16* | **similar**  18:*3* | 39:*22*, *25* | **specifically** | **y**  77:*7* |
| **selling**  8:*9* | 36:*16*  55:*10* | 42:*12*  56:*22* | 11:*19*  20:*13* | **Steven**  75:*6* |
| 9:*23*  12:*12* | 64:*12*  65:*3* | 57:*17*  58:*18*, | 29:*12*  47:*4* | **Stop**  72:*23*, *23* |
| 58:*24*  68:*9* | **simply**  66:*3* | *21*, *22* | 62:*12* | 74:*22* |
| **send**  48:*8*, *8*, | **singled**  49:*7*, | **solely**  53:*4* | **specified**  51:*17* | **story**  27:*25* |
| *22*  61:*3*  75:*18* | *22*  50:*2* | **soliciting**  66:*1* | **spend**  19:*11*, | 28:*13*  29:*16*, |
| **sends**  69:*15* | **SIOBHAN**  2:*8* | **Solutions**  38:*9*, | *13* | *17*, *25*  71:*6* |
| **sense**  23:*14* | **sir**  35:*22*  62:*5* | *20*, *22*  39:*1*, *4*, | **spoke**  32:*17* | **strategy**  16:*16*, |
| **sent**  46:*22* | **sit**  38:*7* | *14*, *19*  45:*23* | **spot**  13:*14* | *20*, *21* |
| 47:*25*  70:*11* | **site**  26:*2* | 61:*18* | 16:*23*, *23* | **Street**  2:*4*, *9* |
| **SEO**  8:*22* | **sites**  16:*21* | **somebody** | 17:*21* | **string**  3:*12*, *21* |
| 15:*14*, *22* | **sitting**  5:*6* | 12:*15*, *17*, *23* | **spreadsheet** | 4:*9*, *12*, *14*, *16* |
| **separately** | **sized**  41:*20* | 52:*16*  60:*14* | 49:*2* | 41:*5* |
| 54:*24*  58:*7* | 53:*25* | **Sonner**  64:*25* | **square**  9:*14*, | **strongly**  37:*2* |
| **September** | **Sky**  15:*16* | 65:*1* | *15*, *16*, *20* | **struck**  9:*18* |
| 14:*19* | **sleeve**  28:*18* | **Sorry**  29:*7* | 36:*11*, *24*  37:*5* | **Study**  4:*11* |
| **series**  59:*13* | 30:*2* | 70:*2*  71:*24* | 40:*5*, *6*, *7* | 68:*21*  70:*1*, *4*, |
| **service**  15:*18* | **sleeves**  28:*15* | **sort**  14:*12* | 41:*21*, *21*  42:*2*, | *12*, *21*, *24*  71:*1*, |
| 37:*10*  75:*21* | 29:*18* | 16:*13* | *3*, *13*, *20*, *23* | *2*, *5*, *10*  73:*23* |
| **Set**  20:*4*  23:*2* | **SMART**  1:*3* 3:*7*, *14*  4:*3*, *11* 6:*6*, *8*, *11*, *13*, | **South**  13:*9* 68:*3* | **staff**  54:*7* | **stuff**  15:*4* |

| | | | | |
|---|---|---|---|---|
| 18:*21*  31:*4* | SV-0030745 | **TB1**  8:*3*, *6* | **things**  12:*13* | 41:*3* |
| **style**  45:*23* | 4:*16* | 37:*15*, *17*, *20* | 30:*6*  55:*1* | **topics**  48:*25* |
| **subcontracted** | SV-0031933 | 39:*22*  41:*23* | 67:*13*  75:*9* | **trade**  52:*7* |
| 15:*18* | 4:*8* | 43:*9*  44:*13* | 76:*2* | **trademark** |
| **subject**  51:*4* | SV-0031934 | 47:*11*, *17* | **think**  9:*15* | 11:*25* |
| 67:*14*, *17* | 4:*6* | 55:*17*  60:*2* | 20:*11*  22:*9* | **traffic**  16:*2* |
| **submitted** | SV-0032889 | 62:*16* | 31:*10*, *12*  35:*6* | **Transcript** |
| 10:*25* | 4:*18* | **teach**  55:*17* | 51:*6*  68:*2* | 1:*12*  22:*12*, *16*, |
| **Subscribed** | SV-0033507 | 63:*3* | 72:*12*  73:*19* | *18*, *21*  77:*6* |
| 79:*12* | 3:*18* | **team**  52:*6* | **thinking**  13:*19* | **transcription** |
| **substance**  79:*7* | SV-0035836 | **technical**  6:*12*, | **third**  57:*10* | 79:*5* |
| **Suite**  1:*19*  2:*9* | 3:*11* | *16*  7:*16*, *19* | **Thirteen**  41:*2* | **tried**  30:*17* |
| **suited**  53:*10* | **Sweets**  17:*6*, *7*, | 42:*21*  54:*6* | **THOMAS** | **trim**  28:*15*, *18*, |
| **summaries** | *11*, *12*, *22* | 55:*17*, *19* | 1:*12*  3:*3*  5:*1* | *18*  29:*17*  30:*2* |
| 54:*10* | **sworn**  5:*2* | 60:*21*  62:*25* | 79:*3*, *12* | **true**  10:*21* |
| **summary** | 79:*12* | **techniques** | **thorn**  75:*10* | 19:*8*  21:*12*, *17* |
| 58:*17* | **Sykes**  8:*15* | 58:*8*, *9*, *11* | **three**  17:*25* | 24:*8*  26:*15* |
| **summer**  5:*23* | 10:*25*  11:*19* | **TECHNOLOG** | **tied**  9:*11* | 30:*5*  36:*9*, *16* |
| 6:*3* | 20:*25*  65:*25* | **IES**  1:*23* | 12:*10*  18:*11* | 37:*4*, *24*  44:*15* |
| **superseded** | 67:*3*  68:*8* | **tell**  8:*1*  24:*17* | **time**  9:*2*, *4*, *12* | 69:*16*  73:*22* |
| 61:*9* | **SYSTEM**  1:*6* | 26:*13*  37:*15* | 10:*2*, *10*, *25* | 77:*6* |
| **supervision** | 2:*12*  16:*9* | 47:*2*  58:*3* | 11:*6*  18:*22*, *24* | **try**  51:*24* |
| 52:*10* | 19:*18*  35:*17* | 73:*15* | 19:*16*, *16*  22:*4*, | **trying**  65:*20* |
| **suppliers**  6:*21* | **SYSTEMS** | **telling**  20:*17* | *8*  23:*6*, *9*, *13* | **turn**  15:*9* |
| **supposedly** | 1:*7*  2:*13*  4:*4* | 29:*16*, *24* | 27:*22*  28:*3* | 21:*23*  22:*6* |
| 31:*8* | 8:*19*  9:*3* | **ten**  6:*3* | 30:*20*  33:*8*, *16* | 32:*7*  35:*14* |
| **sure**  14:*8* | 10:*14*, *20*  25:*9* | **term**  17:*17* | 45:*5*  48:*11* | 61:*16*, *23* |
| 31:*10*  32:*3* | | 18:*4* | 51:*8*  55:*4*, *4* | **turning**  70:*3* |
| 49:*17*  59:*15* | < T > | **terminology** | 58:*18*  59:*2* | **twice**  74:*17* |
| 62:*6*  74:*16* | **tag**  12:*12*, *17* | 70:*22* | 62:*20*  67:*3*, *8* | **two**  11:*1*  13:*6* |
| **surrounding** | 13:*7*  14:*3* | **terms**  10:*6*, *9* | 69:*15*  70:*15* | 17:*23*  18:*25* |
| 49:*16* | **tags**  11:*24* | **terrible**  25:*21* | 77:*8* | 29:*22*  38:*3* |
| **survey**  55:*5* | 12:*3*, *4*, *6*, *6*, *7*, | **territory**  6:*14* | **times**  51:*21* | 39:*24*  46:*13* |
| **surveyor**  44:*2* | *9*, *22*  13:*1*, *23* | **testified**  5:*3* | 53:*16*  58:*8* | 50:*3*, *12*  53:*8* |
| 49:*3*  54:*17* | 14:*1*, *25*  20:*12*, | 38:*3*  46:*24* | 61:*12* | 58:*7*, *21*, *22* |
| 55:*13* | *13*, *14*, *15* | **testify**  5:*11* | **tired**  73:*3* | 59:*4*  61:*8* |
| **surveyors** | **Take**  23:*2* | 21:*24* | **title**  6:*17*  70:*6* | **two-year**  58:*23* |
| 40:*24*  47:*21*, | 27:*8*  34:*23*, *24* | **testimony**  7:*9* | **titled**  62:*1* | **typed**  12:*16*, |
| *22*  48:*9*, *23* | 46:*8*  57:*23* | 10:*24*  11:*3*, *8* | **titles**  52:*13* | *24* |
| 50:*9*  60:*25* | 75:*13*  76:*1* | 13:*9*  33:*18* | **today**  38:*7* | **types**  53:*8* |
| 62:*9* | **taken**  1:*15* | 38:*5*  51:*2*, *3* | 44:*17*, *25* | **typically**  47:*15* |
| SV-0015895 | 27:*9*  35:*11* | 58:*15*  64:*2* | **Tom**  13:*11* | |
| 3:*22* | 46:*10*  76:*4* | 77:*7* | **tool**  48:*5* | < U > |
| SV-0018130 | 77:*5* | **testing**  9:*21* | **top**  3:*12*, *21* | **ultimately**  70:*8* |
| 4:*12* | **takes**  35:*18* | 39:*6*  42:*22* | 4:*9*, *12*, *14*, *16* | **Unacceptable** |
| SV-0018634 | **talk**  32:*19* | **thank**  13:*17* | 16:*17*, *22*  19:*2* | 4:*5*  40:*16* |
| 3:*13* | 49:*2*  71:*4* | **thanks**  50:*11* | 39:*18*  66:*16* | 47:*17*  59:*18* |
| SV-0029236 | **talked**  13:*18* | **theirs**  36:*22* | 71:*17* | 64:*4* |
| 4:*10* | 31:*9* | **thick**  62:*22* | **Topic**  12:*3* | **unaware**  20:*5* |
| SV-0030740 | **talking**  12:*3* | **thing**  54:*23* | 19:*21*  35:*14* | **undersized** |
| 4:*14* | 13:*12*  61:*21* | | | 28:*22*  29:*2* |

| | | | | |
|---|---|---|---|---|
| **understand** 5:*7* 7:*6* 8:*25* 10:*3* 12:*2* 23:*11* 27:*18* 28:*14* 30:*12* 53:*12* 55:*3* 60:*19* 62:*7*, *23* **understanding** 25:*11* **understood** 28:*21* **underwent** 46:*18* **unique** 49:*13* **UNITED** 1:*1* 57:*17* **unobstructed** 9:*9* **Uploaded** 3:*15* **upper** 14:*18* **use** 12:*15* 14:*1*, *3*, *6*, *25* 15:*19*, *23* 18:*12* 20:*22* 30:*12* 32:*4* 34:*13* 41:*19* 55:*25* 70:*23* **user** 21:*20* **usually** 30:*16* **utilize** 53:*5* **utilized** 40:*20* 44:*4* < V > **variables** 44:*15* **variation** 64:*9* **various** 53:*25* 54:*17* **vehemently** 36:*22* **VENT** 1:*3* 3:*7*, *14* 4:*3*, *11* 6:*6*, *8*, *11*, *13*, *19* 8:*5*, *14* 9:*6*, *13*, *19*, *23*, *24*, *25* 10:*1*, *10* 12:*12*, *16*, *18* 13:*6*, *16*, *20* 14:*14*, *25* 15:*7* 17:*12*, *17*, *21* | 18:*5*, *9*, *10*, *13*, *23*, *24* 19:*1*, *14*, *15*, *17* 20:*5*, *23* 22:*14* 23:*5* 24:*2*, *19* 25:*14* 26:*21* 29:*23* 31:*14* 32:*5*, *12*, *14* 34:*22* 35:*16*, *19* 36:*3* 38:*24* 39:*4* 40:*14*, *18*, *19* 41:*10* 42:*5*, *7*, *19*, *23* 43:*2* 44:*14* 45:*17*, *19* 46:*23* 49:*13*, *15*, *17*, *18* 50:*4*, *23* 52:*20* 57:*8* 59:*7*, *7*, *21* 63:*25* 65:*6* 68:*21*, *25* 69:*23* 70:*4* 71:*8*, *11*, *20* 72:*14* 74:*7* 75:*4* **Vent-18** 14:*11* **Vent-22** 35:*25* **Vent-41** 50:*21* 51:*11* **Vent-42** 59:*17* **Vent-43** 63:*21* **Vent-44** 65:*4* **Vent-45** 68:*21* **Vent-46** 69:*20* **Vent-47** 74:*5* **Vent-48** 75:*2* **Vent-9** 46:*22* **venting** 35:*17* 42:*2* 58:*10* **vents** 8:*3*, *4*, *6*, *11* 12:*11* 13:*15* 14:*5* 19:*19* 21:*6*, *7*, *8* 24:*7*, *24* 25:*7*, *10*, *17* 26:*14* 32:*3*, *5* 36:*15* 37:*25* 38:*16* 39:*25* 40:*12*, *19* 42:*11*, *12* 43:*24* 45:*1*, *7*, | 21, *22* 46:*18*, *19* 49:*4*, *12* 51:*16*, *18* 56:*7* 62:*11* 71:*12* 72:*5* **Vent's** 28:*15* 35:*15* **Vents-Floor** 3:*14* **verbiage** 47:*7*, *10* **verify** 28:*9* **version** 69:*8*, *9*, *9*, *12* **viable** 48:*5* **Video** 3:*14* 21:*23*, *24* 22:*2*, *7*, *21*, *22* 23:*5*, *11*, *21* 24:*8*, *15*, *16* 25:*2* 26:*3*, *4*, *9*, *24*, *25* 28:*4*, *9* 30:*10*, *13*, *19* 31:*8*, *17*, *21* 32:*13*, *15*, *16*, *17*, *23* 33:*15*, *21* 34:*1*, *3*, *11*, *13*, *15*, *24* 64:*23* 65:*2* **videographer** 27:*24*, *25* **videos** 28:*2* 33:*7*, *9*, *12*, *16* **View** 1:*19* **Vine** 45:*20* **Virginia** 11:*1* 27:*23* 64:*22* 75:*11*, *15* **virtually** 36:*19* **voice** 27:*14* **vs** 1:*5* **vulnerable** 50:*5* < W > **Wagner** 65:*15*, *16*, *17* **Wait** 66:*20* **wall** 26:*7*, *8*, *12* 28:*20* **walls** 28:*17*, *24* 29:*13* | **want** 7:*10* 13:*18* 18:*25* 20:*2* 22:*8* 27:*12* 35:*14*, *24* 40:*22* 41:*5* 42:*11* 52:*13*, *13* 68:*17* 73:*15* **wanted** 7:*18* 45:*13* 46:*13* 49:*16* 50:*12* **wanting** 48:*22* **watch** 22:*8* 24:*14* **watched** 22:*2*, *4* 24:*16* **water** 24:*23* 26:*7*, *11* 28:*16*, *19*, *23* 29:*12* **waters** 40:*13* **way** 7:*11* 34:*19* **ways** 60:*10* **web** 16:*21* **website** 9:*24* 12:*19* 13:*13*, *16* 14:*1* 15:*1* 17:*2*, *5*, *20* 18:*12* 19:*1* 20:*23*, *24* 23:*5* 27:*3* 28:*5* 32:*13* 33:*7*, *10*, *13*, *15* 34:*15* 35:*15* 36:*25* 54:*8* 70:*24* **websites** 13:*1*, *4* 16:*24* **week** 18:*21* **weekends** 5:*23* **weekly** 48:*7* **well** 13:*13* 23:*19* 24:*14* 25:*19* 27:*2* 36:*18* 37:*14* 44:*2* 47:*8* 48:*1* 60:*10*, *21* 65:*24* 66:*23* 67:*25* 70:*18* 71:*12* 72:*12* 73:*5* | **went** 6:*4* 39:*6* 69:*9* 70:*8* **we're** 27:*13* 34:*14* 56:*2* **wet** 58:*8*, *9*, *10* **we've** 7:*21* 16:*15* 42:*19* 52:*21* 61:*20* **whatsoever** 25:*15* **WHITE** 1:*18* 2:*6* **William** 65:*25* **WILLIAMS** 1:*18* 2:*6* **willing** 59:*6* **winning** 16:*15* **wish** 17:*4* **withdraw** 66:*24* **WITNESS** 3:*1* 5:*2* 20:*20* 25:*13*, *24* 26:*17* 29:*20* 31:*15* 32:*24* 33:*4*, *23* 35:*3*, *8* 41:*25* 43:*5* 44:*17* 49:*10* 50:*14*, *19* 51:*1*, *3* 56:*11* 65:*24* 70:*15* 72:*9*, *14* 73:*13* 74:*15* 76:*8* **woman** 7:*23* **wondering** 33:*25* **word** 9:*6* 12:*22* **words** 13:*6* 22:*20* **work** 5:*21*, *22* 41:*15* 52:*3* 53:*9* 74:*9*, *15* **worked** 6:*2*, *4* 26:*14*, *21* 68:*15*, *16* **working** 5:*22* 13:*11* 16:*15* 53:*2*, *7* **works** 33:*15* |

| |
|---|
| 65:*16*  67:*13* |
| **world**  68:*11* |
| **worldwide** 35:*16* |
| **Wright**  57:*14, 19, 24* |
| **write**  16:*1*  51:*14*  57:*21*  67:*25*  69:*4, 5* |
| **writers**  52:*4* |
| **writing**  30:*18*  34:*13* |
| **written**  23:*20*  30:*16, 21*  32:*14*  33:*2, 4, 8*  34:*16, 25*  67:*4*  69:*7*  72:*1* |
| **wrong**  9:*18*  25:*16*  37:*1*  49:*5*  75:*12* |
| **wrote**  67:*11*  68:*6, 6*  71:*6, 7, 9* |
| |
| **< X >** |
| **XI01497**  77:*19* |
| |
| **< Y >** |
| **yards**  6:*21* |
| **yeah**  8:*7, 14*  10:*23*  19:*25*  23:*13*  26:*10*  30:*17*  42:*22*  54:*11*  56:*4*  59:*10, 15*  62:*14*  64:*17*  65:*11*  71:*25* |
| **year**  5:*19*  37:*15*  49:*8*  53:*19, 25*  61:*8*  71:*21* |
| **years**  5:*25*  6:*3*  8:*10*  15:*24*  18:*20*  50:*3*  58:*21, 22*  61:*8* |
| **Yesterday**  22:*5* |
| **YouTube**  23:*5*  33:*10, 12, 14* |