# Exhibit J

# A. J. DiMARINO, P.C.

Anthony J. DiMarino
Member of NJ and PA Bars
Registered Patent Attorney

Emmett S. Collazo
Member of NJ, PA and DC Bars
Registered Patent Attorney

October 17, 2019

Kristine L. Butler
Member of NJ Bar
Registered Patent Attorney

**<u>VIA ELECTRONIC MAIL</u>**
Siobhan K. Cole, Esquire
WHITE & WILLIAMS, LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103

Re:   Smart Vent Products, Inc. v. Crawl Space Door System, Inc.
      Civil Case No. 13-cv-5691-JBS-KMW

Dear Siobhan:

There is a link in this email to the following items:

Photos:

DSCN3827 copy
DSCN3828 copy
DSCN3829 copy
DSCN3832 copy
DSCN3833 copy
DSCN3834 copy
DSCN3835 copy
DSCN3837 copy
DSCN3851 copy
DSCN3852 copy
DSCN3853 copy
DSCN3854 copy
DSCN3855 copy
DSCN3856 copy
DSCN3857 copy
DSCN3858 copy
DSCN3859 copy
DSCN3860 copy

---

52 Haddonfield-Berlin Road, Suite 1000
Cherry Hill, NJ 08034
Phone 856.853.0055
Fax 856.853.2866

Videos:

    CD debris high flow Fail copy 2
    CD no debris slow flow copy
    CD w debris slow flow and back copy

Very truly yours,

Jay DiMarino

AJD/jmv
Enclosure