Exhibit K



































