Exhibit L



## White and Williams LLP

**Siobhan K. Cole**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6891 | Fax 215.789.7532
coles@whiteandwilliams.com | whiteandwilliams.com

October 18, 2019

Via Hand Delivery

Honorable Joseph H. Rodriguez, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08107

RE:  Smart Vent Products, Inc. v. Crawl Space Door System, Inc.
     Civil Action No. 13-5691-JHR-KMW

Dear Judge Rodriguez:

Enclosed please find an external drive containing the video files and pictures produced by Smart
Vent yesterday evening, which are referenced in the Motion to Compel I filed today. [ECF 299]
I also enclose for reference a copy of the Motion to Compel.

Respectfully,

WHITE AND WILLIAMS LLP

Siobhan K. Cole

Cc: Anthony J. DiMarino, Esq. (via email w/o enclosures)
    Emmett S. Collazo, Esq. (via email w/o enclosures)
    Kristine Butler, Esq. (via email w/o enclosures)

SKC:skc

Delaware | Massachusetts | New Jersey | New York | Pennsylvania | Rhode Island

23608104v.1