# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

___

| | | |
|---|---|---|
| SMART VENT PRODUCTS, INC., | : | |
| | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 1:13-cv-05691-JHR-KMW |
| | : | |
| v. | : | |
| | : | |
| CRAWL SPACE DOOR | : | |
| SYSTEM INC., d/b/a CRAWL | : | |
| SPACE DOOR SYSTEMS, INC. | : | |
| | : | |
| Defendant. | : | |

___

## **O R D E R**

THIS MATTER having been brought before the Court by Plaintiff, through its counsel, by cross-motion to admit evidence and to provide a curative jury instruction, and for good cause shown,

IT IS on this \_\_\_\_ day of \_\_\_\_\_, 2019, ORDERED that the Motion is **GRANTED**:

Smart Vent is permitted to admit evidence of photographs and videos showing the defendant's louvered flood vent; and

the Court will provide a curative jury instruction that Smart Vent has not suppressed any evidence, including evidence relating to Exhibit D-155 or the videos referenced at trial by Crawl Space Doors, and that Crawl Space Doors' statements and arguments to that effect during trial shall not be considered by the jury during

its deliberations, nor is the jury to draw any negative inference concerning the photographs and videos.

                         BY THE COURT:

                         _____
                         JOSEPH H. RODRIGUEZ
                         U.S. District Judge