## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2019, I to tried to electronically filed Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Sanctions, in Opposition to Defendant's Motion to Conform the Pleadings to the Evidence Presented at Trial, and In Support of Plaintiff's Cross-Motion to Admit Evidence and for a Curative Jury Instruction using the CM/ECF system, but was unable to do so because of an error with the CM/ECF system. On October 20, 2019 I did electronically file the above documents and that the following counsel of record was served with the foregoing documents via email from CM/ECF:

>Siobhan K. Cole
>WHITE & WILLIAMS, LLP
>1650 Market Street
>One Liberty Place, Suite 1800
>Philadelphia, PA, NJ 19103
>
>Counsel for Crawl Space Door System, Inc.

>s/ Anthony J. DiMarino
>Anthony J. DiMarino
>**A.J. DIMARINO, P.C.**
>52 Haddonfield-Berlin Road
>Cherry Hill, NJ 08034
>(856) 853-0055
>
>Attorneys for
>Plaintiff Smart Vent Products, Inc.