UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                    **DATE OF PROCEEDING:** October 18, 2019

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** ECR


**TITLE OF CASE AND DOCKET NUMBER:**

SMART VENT PRODUCTS, INC. v. CRAWL SPACE DOOR SYSTEM INC.
1:13-cv-5691-JBS-KMW

**APPEARANCES:**

ANTHONY J. DIMARINO, ESQ. – COUNSEL FOR PLAINTIFF
EMMETT S. COLLAZO, ESQ. - COUNSEL FOR PLAINTIFF
KRISTINE L. BUTLER, ESQ. – COUNSEL FOR PLAINTIFF

SIOBHAN K. COLE, ESQ. – COUNSEL FOR DEFENDANT
NATALIE B. MOLZ, ESQ. – COUNSEL FOR DEFENDANT
JUSTIN E. PROPER, ESQ. COUNSEL FOR DEFENDANT


**NATURE OF PROCEEDINGS:**

Telephone Discovery Conference held on the record to address Defendant's Motion for Extraordinary and Emergency Relief Compelling the Production of Documents [Doc. No. 299].


DEPUTY CLERK: s/Nicole Ramos


TIME COMMENCED: 4:12     TIME ADJOURNED: 4:27     TOTAL TIME:  15 mins.