# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| SMART VENT PRODUCTS, INC. | **Hon. Joseph H. Rodriguez** |
| Plaintiff, | |
| v. | Civil No. 13-5691 (JHR/KMW) |
| CRAWL SPACE DOOR SYSTEM INC., d/b/a CRAWL SPACE DOOR SYSTEMS, INC., | **ORDER** |
| Defendant. | |

This case is before the Court on Crawl Space Door System Inc.'s Motion for a New Trial [Docket No. 329] and Motion for Sanctions [Docket No. 330], as well as Smart Vent Products, Inc.'s Motions for Judgment as a Matter of Law [Docket Nos. 331, 332] and Motion for a Permanent Injunction [Docket No. 333.] The Court having considered the filings of the parties and for the reasons expressed in the Opinion of today's date,

**IT IS** on this **24th** day of **September 2020** hereby

**ORDERED** that the parties' Motions [Docket Nos. 329, 330, 331, 332, 333] are **DENIED**.

                                            /s/ Joseph H. Rodriguez
                                         JOSEPH H. RODRIGUEZ
                                         United States District Judge