AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF **NEW JERSEY**

SMART VENT PRODUCTS, INC.

    plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 13-5691 (JHR-KMW)

CRAWL SPACE DOOR SYSTEM INC, d/b/a
CRAWL SPACE DOOR SYSTEMS INC.

    defendant

**X**  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that a JUDGMENT IN THE AMOUNT OF $300,000.00 be entered in favor of defendant/counterclaimant CRAWL SPACE DOOR SYSTEM and against counter defendant/plaintiff SMART VENT PRODUCTS, INC. without costs.

Date: 09/24/2020

*Joseph H. Rodriguez* (signature)
Honorable Joseph H. Rodriguez
Senior United States District Judge